**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**
www.okwd.uscourts.gov

**JOAN KANE**
CLERK

**SHANNON M. SHOULDERS**
CHIEF DEPUTY

200 N.W. 4th Street, Room 1210
Oklahoma City, Oklahoma 73102
(405) 609-5000    Fax (405) 609-5099

November 19, 2025

☐ Pro Se    ☑ Retained    ☐ Court Appointed    ☐ USA
(IFP Granted)

Case No: CIV-19-281-HE          Date Filed: 11/18/2025

Style of Case: Schell v. Williams
Appellant: Mark E Schell

☑ Notice of Appeal                    ☐ Amended Notice of Appeal
☐ Interlocutory Appeal              ☐ Cross Appeal
                                                   ☐ Tenth Cir. Case No.

Pro se Appellant:
☐ Motion IFP Forms Mailed/Given    ☐ Motion IFP Filed    ☐ Appeal Fee Paid

Retained Counsel:
☑ Appeal Fee Paid    ☐ Appeal Fee Not Paid

The Preliminary Record on Appeal is hereby transmitted to the Tenth Circuit Court of Appeals.  Please refer to the forms and procedures concerning the requirements for ordering transcripts, preparing docketing statements and briefs, and designations of the record found on the Tenth Circuit's website, www.ca10.uscourts.gov.

Payment for this case or motion to proceed *in forma pauperis* will be made to this District Court.

The transcript order form must be filed in the District Court as well as the Court of Appeals within 14 working days after the notice of appeal was filed in the Circuit Court.  This form must contain the signature of the court reporter if transcripts are being ordered.

If you have questions, please contact this office.

Sincerely,

JOAN KANE, COURT CLERK

by:  s/ R. Popp
        Case Administrator

cc:    Clerk of the Court, Tenth Circuit Court of Appeals

APPEAL,CLOSED,ERWIN,_LH

Email All Attys

Email All Attys and Secondary Emails

# U.S. District Court
# Western District of Oklahoma[LIVE] (Oklahoma City)
# CIVIL DOCKET FOR CASE #: <u>5:19–cv–00281–HE</u>

Schell v. Williams

Assigned to: Honorable Joe Heaton

 Case in other court:  Tenth Circuit, 20–06044

Cause: 42:1983 Civil Rights Act

Date Filed: 03/26/2019

Date Terminated: 10/21/2025

Jury Demand: None

Nature of Suit: 950 Constitutional – State Statute

Jurisdiction: Federal Question

**<u>Plaintiff</u>**

**Mark E Schell**        represented by    **Charles S Rogers**

Charles S Rogers Attorney at Law

3000 W Memorial Road

Suite 123

Box 403

Oklahoma City, OK 73120

405–742–7700

Email: crogers740@gmail.com

Email: crogers740@gmail.com

*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Adam D Shelton**

Goldwater Institute

500 E Coronoado Road

Phoenix, AZ 85004

602–462–5000

Email: litigation@goldwaterinstitute.org

Email: litigation@goldwaterinstitute.org

*ATTORNEY TO BE NOTICED*

**Aditya Dynar**

Goldwater Institute

500 E Coronoado Road

Phoenix, AZ 85004

602–462–5000

Fax: 602–256–7045

Email: litigation@goldwaterinstitute.org

Email: litigation@goldwaterinstitute.org

*TERMINATED: 06/19/2019*

*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Anthony J Dick**

Jones Day

1

51 Louisiana Avenue NW
Washington, DC 20001
202–879–7679
Email: ajdick@jonesday.com
Email: ajdick@jonesday.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jacob Huebert**
Liberty Justice Center
7500 Rialto Boulevard
Suite 1–250
Austin, TX 78735
512–481–4400
Email: jacob.huebert@ncla.legal
Email: jacob.huebert@ncla.legal
*TERMINATED: 03/01/2022*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott D Freeman**
Goldwater Institute
500 E Coronoado Road
Phoenix, AZ 85004
602–462–5000
Fax: 602–256–7045
Email: litigation@goldwaterinstitute.org
Email: litigation@goldwaterinstitute.org
*ATTORNEY TO BE NOTICED*

**Timothy Sandefur**
Goldwater Institute
500 E Coronoado Road
Phoenix, AZ 85004
602–462–5000
Fax: 602–256–7045
Email: tsandefur@goldwaterinstitute.org
Email: tsandefur@goldwaterinstitute.org
*TERMINATED: 09/28/2022*

V.

**Defendant**

| | | |
|---|---|---|
| **John M Williams**<br>*Executive Director, Oklahoma Bar Association, and Secretary/Treasurer, Oklahoma Bar Association Board of Governors* | represented by | **Heather L Hintz**<br>Phillips Murrah P.C.<br>424 NW 10th Street<br>Ste 300<br>Oklahoma City, OK 73103<br>405–235–4100<br>Fax: 405–235–4133<br>Email: hlhintz@phillipsmurrah.com |

Email: hlhintz@phillipsmurrah.com
*ATTORNEY TO BE NOTICED*

**Michael Burrage**
Whitten Burrage
512 N Broadway Ave
Suite 300
Oklahoma City, OK 73102
405−516−7800
Fax: 405−516−7859
Email: mburrage@whittenburragelaw.com
Email: mburrage@whittenburragelaw.com
*ATTORNEY TO BE NOTICED*

**Patricia A Sawyer**
Whitten Burrage
512 N Broadway Ave
Suite 300
Oklahoma City, OK 73102
405−516−7800
Email: psawyer@whittenburragelaw.com
Email: psawyer@whittenburragelaw.com
*ATTORNEY TO BE NOTICED*

**Thomas G Wolfe**
Phillips Murrah P.C.
424 NW 10th Street
Ste 300
Oklahoma City, OK 73103
405−235−4100
Fax: 405−235−4133
Email: tgwolfe@phillipsmurrah.com
Email: tgwolfe@phillipsmurrah.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Matthew C Beese**                     represented by    **Heather L Hintz**
*Member, Oklahoma Bar Association*                       (See above for address)
*Board of Governors*                                     *ATTORNEY TO BE NOTICED*
*TERMINATED: 06/10/2022*

**Michael Burrage**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patricia A Sawyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas G Wolfe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Charles W Chesnut** | represented by | **Heather L Hintz** |
| *President, Oklahoma Bar Association* | | (See above for address) |
| *Board of Governors* | | *ATTORNEY TO BE NOTICED* |
| *TERMINATED: 06/10/2022* | | |

**Michael Burrage**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patricia A Sawyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas G Wolfe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Justice Tom Colbert** | represented by | **Heather L Hintz** |
| *Associate Justice of the Oklahoma* | | (See above for address) |
| *Supreme Court* | | *ATTORNEY TO BE NOTICED* |
| *TERMINATED: 06/10/2022* | | |

**Kieran D Maye , Jr**
Miller Dollarhide PC
309 NW 9th St
Oklahoma City, OK 73012
405−236−8541
Fax: 405−235−8130
Email: kdmaye@mayelawfirm.com
Email: kdmaye@mayelawfirm.com
*ATTORNEY TO BE NOTICED*

**Michael Burrage**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas G Wolfe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Douglas Combs** | represented by | **Heather L Hintz** |
| *Associate Justice of the Oklahoma* | | (See above for address) |
| *Supreme Court* | | *ATTORNEY TO BE NOTICED* |

**Kieran D Maye , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Burrage**

4

(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas G Wolfe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard Darby**                    represented by    **Heather L Hintz**
*Chief Justice of the Oklahoma Supreme*                (See above for address)
*Court*                                                *ATTORNEY TO BE NOTICED*

                                                       **Kieran D Maye , Jr**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Michael Burrage**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Thomas G Wolfe**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**Timothy E DeClerck**               represented by    **Heather L Hintz**
*Member, Oklahoma Bar Association*                     (See above for address)
*Board of Governors*                                   *ATTORNEY TO BE NOTICED*
*TERMINATED: 06/10/2022*
                                                       **Michael Burrage**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Thomas G Wolfe**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

**Defendant**

**James E Edmondson**                represented by    **Heather L Hintz**
*Associate Justice of the Oklahoma*                    (See above for address)
*Supreme Court*                                        *ATTORNEY TO BE NOTICED*

                                                       **Kieran D Maye , Jr**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Michael Burrage**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Thomas G Wolfe**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark E Fields**                                  represented by   **Heather L Hintz**
*Member, Oklahoma Bar Association*                                 (See above for address)
*Board of Governors*                                               *ATTORNEY TO BE NOTICED*
*TERMINATED: 06/10/2022*

                                                                   **Michael Burrage**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Patricia A Sawyer**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Thomas G Wolfe**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Noma Gurich**                                    represented by   **Heather L Hintz**
*Associate Justice of the Oklahoma*                                (See above for address)
*Supreme Court*                                                    *ATTORNEY TO BE NOTICED*

                                                                   **Kieran D Maye , Jr**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Michael Burrage**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Thomas G Wolfe**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Kimberly Hayes**                                 represented by   **Heather L Hintz**
*Past President, Oklahoma Bar*                                      (See above for address)
*Association Board of Governors*                                   *ATTORNEY TO BE NOTICED*
*TERMINATED: 06/10/2022*

                                                                   **Michael Burrage**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Patricia A Sawyer**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Thomas G Wolfe**

6

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brian Hermanson**                          represented by    **Heather L Hintz**
*President−Elect, Oklahoma Bar*                              (See above for address)
*Association Board of Governors*                             *ATTORNEY TO BE NOTICED*

                                                            **Michael Burrage**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Patricia A Sawyer**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Thomas G Wolfe**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**James Hicks**                              represented by    **Heather L Hintz**
*President, Oklahoma Bar Association*                         (See above for address)
*Board of Governors*                                        *ATTORNEY TO BE NOTICED*

                                                            **Michael Burrage**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Patricia A Sawyer**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Thomas G Wolfe**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Andrew E. Hutter**                         represented by    **Heather L Hintz**
*Member, Oklahoma Bar Association*                           (See above for address)
*Board of Governors*                                        *ATTORNEY TO BE NOTICED*
*TERMINATED: 06/10/2022*

                                                            **Michael Burrage**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Patricia A Sawyer**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Thomas G Wolfe**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jane Doe**                                        represented by    **Heather L Hintz**
*Successor to John Reif as Associate*                                (See above for address)
*Justice of the Oklahoma Supreme Court*                             *ATTORNEY TO BE NOTICED*
*TERMINATED: 06/10/2022*

                                                                    **Michael Burrage**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Thomas G Wolfe**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe**                                        represented by    **Heather L Hintz**
*Successor to Patrick Wyrick as Associate*                           (See above for address)
*Justice of the Oklahoma Supreme Court*                             *ATTORNEY TO BE NOTICED*
*TERMINATED: 06/10/2022*

                                                                    **Michael Burrage**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Thomas G Wolfe**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**Yvonne Kaugher**                                  represented by    **Heather L Hintz**
*Associate Justice of the Oklahoma*                                  (See above for address)
*Supreme Court*                                                      *ATTORNEY TO BE NOTICED*

                                                                    **Kieran D Maye , Jr**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Michael Burrage**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Thomas G Wolfe**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Defendant**

**David T McKenzie**                                represented by    **Heather L Hintz**
*Member, Oklahoma Bar Association*                                   (See above for address)
*Board of Governors*                                                *ATTORNEY TO BE NOTICED*

8

*TERMINATED: 06/10/2022*

<table>
<tr><td></td><td></td><td><b>Michael Burrage</b><br>(See above for address)<br><i>ATTORNEY TO BE NOTICED</i></td></tr>
<tr><td></td><td></td><td><b>Patricia A Sawyer</b><br>(See above for address)<br><i>ATTORNEY TO BE NOTICED</i></td></tr>
<tr><td></td><td></td><td><b>Thomas G Wolfe</b><br>(See above for address)<br><i>ATTORNEY TO BE NOTICED</i></td></tr>
</table>

<u>**Defendant**</u>

| | | |
|---|---|---|
| **Brian K Morton**<br>*Member, Oklahoma Bar Association*<br>*Board of Governors*<br>*TERMINATED: 06/10/2022* | represented by | **Heather L Hintz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael Burrage**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Patricia A Sawyer**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Thomas G Wolfe**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

<u>**Defendant**</u>

| | | |
|---|---|---|
| **Lane R Neal**<br>*Vice President, Oklahoma Bar*<br>*Association Board of Governors* | represented by | **Heather L Hintz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Michael Burrage**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Patricia A Sawyer**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Thomas G Wolfe**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

<u>**Defendant**</u>

| | | |
|---|---|---|
| **Brandi N Nowakowski**<br>*Member, Oklahoma Bar Association*<br>*Board of Governors* | represented by | **Heather L Hintz**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

*TERMINATED: 06/10/2022*

        **Michael Burrage**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Patricia A Sawyer**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Thomas G Wolfe**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Jimmy D Oliver**          represented by    **Heather L Hintz**
*Member, Oklahoma Bar Association*         (See above for address)
*Board of Governors*         *ATTORNEY TO BE NOTICED*
*TERMINATED: 06/10/2022*

        **Michael Burrage**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Patricia A Sawyer**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Thomas G Wolfe**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Miles Pringle**          represented by    **Heather L Hintz**
*Vice President, Oklahoma Bar*         (See above for address)
*Association Board of Governors*         *ATTORNEY TO BE NOTICED*

        **Michael Burrage**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Patricia A Sawyer**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Thomas G Wolfe**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Susan B Shields**          represented by    **Heather L Hintz**
*President−Elect, Oklahoma Bar*         (See above for address)
*Association Board of Governors*         *ATTORNEY TO BE NOTICED*

*TERMINATED: 06/10/2022*

|  |  |  |
|---|---|---|
|  |  | **Michael Burrage**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Patricia A Sawyer**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Thomas G Wolfe**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Bryon J Will**
*Member, Oklahoma Bar Association
Board of Governors
TERMINATED: 06/10/2022*

represented by **Heather L Hintz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Burrage**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patricia A Sawyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas G Wolfe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**D Kenyon Williams, Jr.**
*Member, Oklahoma Bar Association
Board of Governors
TERMINATED: 06/10/2022*

represented by **Heather L Hintz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Burrage**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patricia A Sawyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas G Wolfe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**James Winchester**
*Associate Justice of the Oklahoma
Supreme Court*

represented by **Heather L Hintz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kieran D Maye , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Burrage**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas G Wolfe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **John Kane, IV** *Vice−Chief Justice of the Oklahoma Supreme Court* | represented by | **Heather L Hintz** (See above for address) *ATTORNEY TO BE NOTICED* |

**Kieran D Maye , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas G Wolfe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Dustin Rowe** *Associate Justice of the Oklahoma Supreme Court* | represented by | **Heather L Hintz** (See above for address) *ATTORNEY TO BE NOTICED* |

**Kieran D Maye , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas G Wolfe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Dana Kuehn** *Associate Justice of the Oklahoma Supreme Court* | represented by | **Heather L Hintz** (See above for address) *ATTORNEY TO BE NOTICED* |

**Kieran D Maye , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas G Wolfe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Mordy**                                    represented by    **Heather L Hintz**
*Immediate Past President, Oklahoma Bar*                              (See above for address)
*Association Board of Governors;*                                     *ATTORNEY TO BE NOTICED*

                                                                     **Thomas G Wolfe**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Vanderburg**                               represented by    **Heather L Hintz**
*Member, Oklahoma Bar Association*                                   (See above for address)
*Board of Governors*                                                 *ATTORNEY TO BE NOTICED*

                                                                     **Thomas G Wolfe**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Davis**                                    represented by    **Heather L Hintz**
*Member, Oklahoma Bar Association*                                   (See above for address)
*Board of Governors*                                                 *ATTORNEY TO BE NOTICED*

                                                                     **Thomas G Wolfe**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**S. Shea Bracken,**                                 represented by    **Heather L Hintz**
*Member, Oklahoma Bar Association*                                   (See above for address)
*Board of Governors*                                                 *ATTORNEY TO BE NOTICED*

                                                                     **Thomas G Wolfe**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Dustin Connor**                                    represented by    **Heather L Hintz**
*Member, Oklahoma Bar Association*                                   (See above for address)
*Board of Governors*                                                 *ATTORNEY TO BE NOTICED*

                                                                     **Thomas G Wolfe**
                                                                     (See above for address)
                                                                     *ATTORNEY TO BE NOTICED*

**Defendant**

**Allyson Dow**                                      represented by    **Heather L Hintz**
*Member, Oklahoma Bar Association*                                   (See above for address)
*Board of Governors*                                                 *ATTORNEY TO BE NOTICED*

Thomas G Wolfe
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Richard White, Jr.**
*Member, Oklahoma Bar Association*
*Board of Governors*

represented by **Heather L Hintz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas G Wolfe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Benjamin Hilfiger**
*Member, Oklahoma Bar Association*
*Board of Governors*

represented by **Heather L Hintz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas G Wolfe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joshua Edwards**
*Member, Oklahoma Bar Association*
*Board of Governors*

represented by **Heather L Hintz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas G Wolfe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robin Rochelle**
*Member, Oklahoma Bar Association*
*Board of Governors*

represented by **Heather L Hintz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas G Wolfe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Amber Peckio Garrett**
*Member, Oklahoma Bar Association*
*Board of Governors*

represented by **Heather L Hintz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas G Wolfe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kara Smith**                                    represented by   **Heather L Hintz**
*Member, Oklahoma Bar Association*                                (See above for address)
*Board of Governors*                                             *ATTORNEY TO BE NOTICED*

                                                                 **Thomas G Wolfe**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Angela Ailes Bahm**                             represented by   **Heather L Hintz**
*Member, Oklahoma Bar Association*                                (See above for address)
*Board of Governors*                                             *ATTORNEY TO BE NOTICED*

                                                                 **Thomas G Wolfe**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**Dylan Erwin**                                   represented by   **Heather L Hintz**
*Member, Oklahoma Bar Association*                                (See above for address)
*Board of Governors*                                             *ATTORNEY TO BE NOTICED*

                                                                 **Thomas G Wolfe**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Defendant**

**John Does**                                     represented by   **Heather L Hintz**
*individuals who may succeed the Justices*                        (See above for address)
*of the Oklahoma Supreme Court*                                  *ATTORNEY TO BE NOTICED*

                                                                 **Thomas G Wolfe**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|------------|---|------|-------------|
| 03/26/2019 | 1 | | COMPLAINT against John Morris Williams filed by Mark E Schell. (Attachments: # 1 Civil Cover Sheet)(ank) (Additional attachment(s) added on 3/26/2019: # 2 Exhibit 1 – Oklahoma Bar Association 2019 Proposed Budget) (em). (Entered: 03/26/2019) |
| 03/26/2019 | | | PAYMENT FOR A CIVIL CASE Filing fee $ 400, receipt number 1087–2889901. (Rogers, Charles) (Entered: 03/26/2019) |
| 03/26/2019 | 2 | | Summons Issued Electronically as to John Morris Williams. (em) (Entered: 03/26/2019) |
| 03/26/2019 | 3 | | |

| | | |
|---|---|---|
| | | ENTRY of Appearance by Charles S Rogers on behalf of All Plaintiffs (Rogers, Charles) (Entered: 03/26/2019) |
| 03/26/2019 | 4 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 1087–2890401 by Mark E Schell. (Attachments: # 1 Attachment)(Rogers, Charles) (Entered: 03/26/2019) |
| 03/26/2019 | 5 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 1087–2890585 by All Plaintiffs. (Attachments: # 1 Attachment)(Rogers, Charles) (Entered: 03/26/2019) |
| 03/26/2019 | 6 | MOTION for Leave to Appear Pro Hac Vice Filing fee $ 50, receipt number 1087–2890586 by All Plaintiffs. (Attachments: # 1 Attachment)(Rogers, Charles) (Entered: 03/26/2019) |
| 03/29/2019 | 7 | ORDER granting 4 Motion to Appear Pro Hac Vice as to Attorney Anthony John Dick. Signed by Honorable Robin J. Cauthron on 03/29/19. (wh) (Entered: 03/29/2019) |
| 03/29/2019 | 8 | ORDER granting 5 Motion to Appear Pro Hac Vice as to Attorney Jacob Huebert. Signed by Honorable Robin J. Cauthron on 03/29/19. (wh) (Entered: 03/29/2019) |
| 03/29/2019 | 9 | ORDER granting 6 Motion to Appear Pro Hac Vice as to Attorney Aditya Dynar. Signed by Honorable Robin J. Cauthron on 03/29/19. (wh) (Entered: 03/29/2019) |
| 04/07/2019 | 10 | SUMMONS Returned Executed by Mark E Schell. John Morris Williams served on 4/3/2019. (Attachments: # 1 Exhibit, # 2 Exhibit)(Rogers, Charles) (Entered: 04/07/2019) |
| 04/08/2019 | 11 | ENTRY of Appearance by Anthony J Dick on behalf of All Plaintiffs (Dick, Anthony) (Entered: 04/08/2019) |
| 04/24/2019 | 12 | ENTRY of Appearance by Michael Burrage on behalf of John Morris Williams (Burrage, Michael) (Entered: 04/24/2019) |
| 04/24/2019 | 13 | ENTRY of Appearance by Patricia A Sawyer on behalf of John Morris Williams (Sawyer, Patricia) (Entered: 04/24/2019) |
| 04/24/2019 | 14 | ENTRY of Appearance by Thomas G Wolfe on behalf of John Morris Williams (Wolfe, Thomas) (Entered: 04/24/2019) |
| 04/24/2019 | 15 | ENTRY of Appearance by Heather L Hintz on behalf of John Morris Williams (Hintz, Heather) (Entered: 04/24/2019) |
| 04/24/2019 | 16 | MOTION to Dismiss *Complaint Under Rules 12(b)(1) and 12(b)(6) Fed.R.Civ.P., and Brief in Support* by John Morris Williams. (Attachments: # 1 Exhibit 1 – Rules Creating and Controlling the Oklahoma Bar Association, # 2 Exhibit 2 – Order Approving 2019 OBA Budget, # 3 Exhibit 3 – Application for Approval of 2019 OBA Budget, # 4 Exhibit 4 – OBA Webpage, Notice and Objection Procedure to OBA Budgetary Expenditures, # 5 Exhibit 5 – OBA Due Claim Form)(Burrage, Michael) (Entered: 04/24/2019) |
| 04/25/2019 | 17 | ENTRY of Appearance by Jacob Huebert on behalf of Mark E Schell (Huebert, Jacob) (Entered: 04/25/2019) |

| 04/25/2019 | 18 | | ENTRY of Appearance by Aditya Dynar on behalf of Mark E Schell (Dynar, Aditya) (Entered: 04/25/2019) |
|---|---|---|---|
| 05/15/2019 | 19 | | AMENDED COMPLAINT against All Defendants filed by Mark E Schell.(Huebert, Jacob) (Entered: 05/15/2019) |
| 05/15/2019 | 20 | | Summons Issued Electronically as to Matthew C Beese, Charles W Chesnut, Tom Colbert, Doug Combs, Richard Darby, Timothy E DeClerck, Jane Doe, John Doe, James E Edmondson, Mark E Fields, Noma Gurich, Kimberly Hayes, Brian T Hermanson, James R Hicks, Andrew E. Hutter, Yvonne Kauger, David T McKenzie, Brian K Morton, Lane R Neal, Brandi N Nowakowski, Jimmy D Oliver, Miles T Pringle, Susan B Shields, Bryon J Will, D Kenyon Williams, Jr, James R Winchester. (em) (Entered: 05/15/2019) |
| 05/17/2019 | 21 | | ORDER OF RECUSAL. Signed by Honorable Robin J. Cauthron on 05/17/19. (wh) (Entered: 05/17/2019) |
| 05/17/2019 | 22 | | ORDER REASSIGNING CASE. Case reassigned to Honorable Stephen P. Friot for all further proceedings. Honorable Robin J. Cauthron no longer assigned to case. Entered at the direction of Honorable Robin J. Cauthron on 05/17/19. (wh) (Entered: 05/17/2019) |
| 05/21/2019 | 23 | | **ORDER OF RECUSAL**. Honorable Stephen P. Friot recused. Signed by Honorable Stephen P. Friot on 5/21/2019. (llg) (Entered: 05/21/2019) |
| 05/21/2019 | 24 | | **ENTER ORDER REASSIGNING CASE**. Case reassigned to Honorable Joe Heaton for all further proceedings. Entered at the direction of Honorable Stephen P. Friot on 5/21/2019. (llg) (Entered: 05/21/2019) |
| 05/29/2019 | 25 | | SUMMONS Returned Executed by Mark E Schell. Matthew C Beese served on 5/20/2019; Charles W Chesnut served on 5/20/2019; Tom Colbert served on 5/20/2019; Doug Combs served on 5/20/2019; Richard Darby served on 5/20/2019; Timothy E DeClerck served on 5/20/2019; James E Edmondson served on 5/20/2019; Mark E Fields served on 5/20/2019; Noma Gurich served on 5/20/2019; Brian T Hermanson served on 5/20/2019; James R Hicks served on 5/21/2019; Andrew E. Hutter served on 5/21/2019; Yvonne Kauger served on 5/20/2019; David T McKenzie served on 5/21/2019; Brian K Morton served on 5/21/2019; Lane R Neal served on 5/20/2019; Brandi N Nowakowski served on 5/20/2019; Jimmy D Oliver served on 5/20/2019; Miles T Pringle served on 5/21/2019; Susan B Shields served on 5/20/2019; Bryon J Will served on 5/20/2019; D Kenyon Williams, Jr served on 5/21/2019; James R Winchester served on 5/20/2019. (Attachments: # 1 Exhibit 1 – 3)(Huebert, Jacob) (Entered: 05/29/2019) |
| 06/03/2019 | 26 | | UNOPPOSED MOTION for Extension of Time *File Motion to Dismiss or Otherwise Respond to Amended Complaint* by Tom Colbert, Doug Combs, Richard Darby, James E Edmondson, Noma Gurich, Yvonne Kauger, James R Winchester. (Maye, Kieran) (Entered: 06/03/2019) |
| 06/03/2019 | 27 | | ENTRY of Appearance by Kieran D Maye, Jr on behalf of Tom Colbert, Doug Combs, Richard Darby, James E Edmondson, Noma Gurich, Yvonne Kauger, James R Winchester (Maye, Kieran) (Entered: 06/03/2019) |
| 06/03/2019 | 28 | | ORDER granting 26 defendants' unopposed motion for extension of deadline...defendants shall file their answers or other responsive pleadings to |

| | | | |
|---|---|---|---|
| | | | plaintiff's amended complaint 19 not later than 06/21/2019. Signed by Honorable Joe Heaton on 06/03/2019. (lam) (Entered: 06/03/2019) |
| 06/07/2019 | 29 | | UNOPPOSED MOTION for Extension of Time to File Answer re 19 Amended Complaint by John Morris Williams. (Wolfe, Thomas) (Entered: 06/07/2019) |
| 06/10/2019 | 30 | | ORDER granting 29 defendant John M. Williams' unopposed motion for extension of deadline...defendant shall file his motion to dismiss or other responsive pleading to plaintiff's amended complaint 19 not later than 06/21/2019. Signed by Honorable Joe Heaton on 06/10/2019. (lam) (Entered: 06/10/2019) |
| 06/10/2019 | 31 | | ENTRY of Appearance by Thomas G Wolfe on behalf of Matthew C Beese, Charles W Chesnut, Mark E Fields, Kimberly Hayes, Brian T Hermanson, James R Hicks, Andrew E. Hutter, David T McKenzie, Brian K Morton, Lane R Neal, Brandi N Nowakowski, Jimmy D Oliver, Miles T Pringle, Susan B Shields, Bryon J Will, D Kenyon Williams, Jr (Wolfe, Thomas) (Entered: 06/10/2019) |
| 06/10/2019 | 32 | | ENTRY of Appearance by Heather L Hintz on behalf of Matthew C Beese, Charles W Chesnut, Mark E Fields, Kimberly Hayes, Brian T Hermanson, James R Hicks, Andrew E. Hutter, David T McKenzie, Brian K Morton, Lane R Neal, Brandi N Nowakowski, Jimmy D Oliver, Miles T Pringle, Susan B Shields, Bryon J Will, D Kenyon Williams, Jr (Hintz, Heather) (Entered: 06/10/2019) |
| 06/10/2019 | 33 | | UNOPPOSED MOTION for Extension of Time to File Answer re 19 Amended Complaint by Matthew C Beese, Charles W Chesnut, Mark E Fields, Kimberly Hayes, Brian T Hermanson, James R Hicks, Andrew E. Hutter, David T McKenzie, Brian K Morton, Lane R Neal, Brandi N Nowakowski, Jimmy D Oliver, Miles T Pringle, Susan B Shields, Bryon J Will, D Kenyon Williams, Jr. (Wolfe, Thomas) (Entered: 06/10/2019) |
| 06/10/2019 | 34 | | ENTRY of Appearance by Thomas G Wolfe on behalf of Timothy E DeClerck (Wolfe, Thomas) (Entered: 06/10/2019) |
| 06/10/2019 | 35 | | ENTRY of Appearance by Heather L Hintz on behalf of Timothy E DeClerck (Hintz, Heather) (Entered: 06/10/2019) |
| 06/10/2019 | 36 | | UNOPPOSED MOTION for Extension of Time to File Answer re 19 Amended Complaint by Timothy E DeClerck. (Wolfe, Thomas) (Entered: 06/10/2019) |
| 06/10/2019 | 37 | | ORDER granting 33 and 36 defendants' unopposed motion for extension of deadline; the referenced defendants shall file their answers or other responsive pleadings to plaintiff's amended complaint 19 not later than 06/21/2019. Signed by Honorable Joe Heaton on 06/10/2019. (lam) (Entered: 06/10/2019) |
| 06/18/2019 | 38 | | MOTION for Leave to Appear Pro Hac Vice *Timothy Sandefur* Filing fee $ 50, receipt number 1087–2943229 by All Plaintiffs. (Huebert, Jacob) (Entered: 06/18/2019) |
| 06/18/2019 | 39 | | MOTION to Withdraw as Attorney by All Plaintiffs. (Dynar, Aditya) (Entered: 06/18/2019) |
| 06/19/2019 | 40 | | ORDER granting 39 Aditya Dynar, Esq.'s motion for leave to withdraw as counsel for plaintiff...the clerk of court is directed to strike Mr. Dynar's name |

| | | | |
|---|---|---|---|
| | | | as counsel of record for plaintiff. Signed by Honorable Joe Heaton on 06/19/2019. (lam) (Entered: 06/19/2019) |
| 06/19/2019 | 41 | | ORDER granting 38 Timothy Sandefur, Esq.'s motion for leave to appear pro hac vice as counsel for plaintiff. Signed by Honorable Joe Heaton on 06/19/2019. (lam) (Entered: 06/19/2019) |
| 06/19/2019 | 42 | | ENTRY of Appearance by Timothy Sandefur on behalf of All Plaintiffs (Sandefur, Timothy) (Entered: 06/19/2019) |
| 06/21/2019 | 43 | | MOTION to Dismiss *Amended Complaint or to Abstain* by Tom Colbert, Doug Combs, Richard Darby, James E Edmondson, Noma Gurich, Yvonne Kauger, James R Winchester. (Maye, Kieran) (Entered: 06/21/2019) |
| 06/21/2019 | 44 | | ENTRY of Appearance by Michael Burrage on behalf of Matthew C Beese, Charles W Chesnut, Mark E Fields, Kimberly Hayes, Brian T Hermanson, James R Hicks, Andrew E. Hutter, David T McKenzie, Brian K Morton, Lane R Neal, Brandi N Nowakowski, Jimmy D Oliver, Miles T Pringle, Susan B Shields, Bryon J Will, D Kenyon Williams, Jr (Burrage, Michael) (Entered: 06/21/2019) |
| 06/21/2019 | 45 | | MOTION to Dismiss for Lack of Jurisdiction by John Morris Williams. (Attachments: # 1 Exhibit 1 – Rules Creating and Controlling the OBA, # 2 Exhibit 2 – Order Approving 2019 OBA Budget, # 3 Exhibit 3 – Application for Approval of 2019 OBA Budget, # 4 Exhibit 4 – OBA Webpage: Notice and Objection Procedure to OBA Budgetary Expenditures, # 5 Exhibit 5 – OBA Dues Claim Form)(Burrage, Michael) (Entered: 06/21/2019) |
| 06/21/2019 | 46 | | MOTION to Dismiss for Lack of Jurisdiction *of the First Amended Complaint Under Rules 12(b)(1) and 12(b)(6) and Brief in Support* by Matthew C Beese, Charles W Chesnut, Mark E Fields, Kimberly Hayes, Brian T Hermanson, James R Hicks, Andrew E. Hutter, David T McKenzie, Brian K Morton, Lane R Neal, Brandi N Nowakowski, Jimmy D Oliver, Miles T Pringle, Susan B Shields, Bryon J Will, D Kenyon Williams, Jr. (Attachments: # 1 Exhibit 1 – Rules Creating and Controlling the OBA, # 2 Exhibit 2 – Order Approving 2019 OBA Budget, # 3 Exhibit 3 – Application for Approval of 2019 OBA Budget, # 4 Exhibit 4 – OBA Webpage, Notice and Objection Procedure to OBA Budgetary Expenditures, # 5 Exhibit 5 – OBA Dues Claim Form)(Burrage, Michael) (Entered: 06/21/2019) |
| 06/21/2019 | 47 | | MOTION to Dismiss *under Fed.R.Civ.P., Rules 12(b)(1) and 12 (b)(6), and Brief in Support* by Timothy E DeClerck. (Hintz, Heather) (Entered: 06/21/2019) |
| 06/28/2019 | 48 | | UNOPPOSED MOTION for Extension of Time *to Respond to Motions to Dismiss* by All Plaintiffs. (Huebert, Jacob) (Entered: 06/28/2019) |
| 07/01/2019 | 49 | | ORDER granting 48 plaintiff's unopposed motion for extension of deadline...plaintiff shall file his response to motions to dismiss 45 , 46 and 47 not later than 07/19/2019. Signed by Honorable Joe Heaton on 07/01/2019. (lam) (Entered: 07/01/2019) |
| 07/19/2019 | 50 | | RESPONSE in Opposition re 43 MOTION to Dismiss *Amended Complaint or to Abstain* filed by All Plaintiffs. (Huebert, Jacob) (Entered: 07/19/2019) |
| 07/19/2019 | 51 | | |

| | | | |
|---|---|---|---|
| | | | RESPONSE in Opposition re 45 MOTION to Dismiss for Lack of Jurisdiction filed by All Plaintiffs. (Huebert, Jacob) (Entered: 07/19/2019) |
| 07/19/2019 | 52 | | RESPONSE in Opposition re 46 MOTION to Dismiss for Lack of Jurisdiction *of the First Amended Complaint Under Rules 12(b)(1) and 12(b)(6) and Brief in Support*, 47 MOTION to Dismiss *under Fed.R.Civ.P., Rules 12(b)(1) and 12 (b)(6), and Brief in Support* filed by All Plaintiffs. (Huebert, Jacob) (Entered: 07/19/2019) |
| 07/22/2019 | 53 | | UNOPPOSED MOTION for Extension of Time to File Response/Reply as to 50 Response in Opposition to Motion, 51 Response in Opposition to Motion, 52 Response in Opposition to Motion, by Matthew C Beese, Charles W Chesnut, Tom Colbert, Doug Combs, Richard Darby, Timothy E DeClerck, Jane Doe, John Doe, James E Edmondson, Mark E Fields, Noma Gurich, Kimberly Hayes, Brian T Hermanson, James R Hicks, Andrew E. Hutter, Yvonne Kauger, David T McKenzie, Brian K Morton, Lane R Neal, Brandi N Nowakowski, Jimmy D Oliver, Miles T Pringle, Susan B Shields, Bryon J Will, D Kenyon Williams, Jr, John Morris Williams, James R Winchester. (Burrage, Michael) (Entered: 07/22/2019) |
| 07/23/2019 | 54 | | ORDER the joint unopposed motion for extension of deadline 53 is granted...defendants shall file their reply to plaintiff's responses to defendants' motions to dismiss not later than 08/09/2019. Signed by Honorable Joe Heaton on 07/23/2019. (lam) (Entered: 07/23/2019) |
| 08/09/2019 | 55 | | REPLY to Response to Motion re 45 MOTION to Dismiss for Lack of Jurisdiction filed by John Morris Williams. (Burrage, Michael) (Entered: 08/09/2019) |
| 08/09/2019 | 56 | | REPLY to Response to Motion re 43 MOTION to Dismiss *Amended Complaint or to Abstain* filed by Tom Colbert, Doug Combs, Richard Darby, James E Edmondson, Noma Gurich, Yvonne Kauger, James R Winchester. (Attachments: # 1 Exhibit)(Maye, Kieran) (Entered: 08/09/2019) |
| 08/09/2019 | 57 | | REPLY to Response to Motion re 46 MOTION to Dismiss for Lack of Jurisdiction *of the First Amended Complaint Under Rules 12(b)(1) and 12(b)(6) and Brief in Support* filed by Matthew C Beese, Charles W Chesnut, Mark E Fields, Kimberly Hayes, Brian T Hermanson, James R Hicks, Andrew E. Hutter, David T McKenzie, Brian K Morton, Lane R Neal, Brandi N Nowakowski, Jimmy D Oliver, Miles T Pringle, Susan B Shields, Bryon J Will, D Kenyon Williams, Jr. (Burrage, Michael) (Entered: 08/09/2019) |
| 08/09/2019 | 58 | | REPLY to Response to Motion re 47 MOTION to Dismiss *under Fed.R.Civ.P., Rules 12(b)(1) and 12 (b)(6), and Brief in Support* filed by Timothy E DeClerck. (Hintz, Heather) (Entered: 08/09/2019) |
| 09/06/2019 | 59 | | NOTICE (other) by Tom Colbert, Doug Combs, Richard Darby, James E Edmondson, Noma Gurich, Yvonne Kauger, James R Winchester re 56 Reply to Response to Motion, 43 MOTION to Dismiss *Amended Complaint or to Abstain of Supplemental Authority* (Attachments: # 1 Exhibit Fleck v Wetch 8th Cir Opinion)(Maye, Kieran) (Entered: 09/06/2019) |
| 09/09/2019 | 60 | | NOTICE (other) by Matthew C Beese, Charles W Chesnut, Mark E Fields, Kimberly Hayes, Brian T Hermanson, James R Hicks, Andrew E. Hutter, David T McKenzie, Brian K Morton, Lane R Neal, Brandi N Nowakowski, |

| | | | |
|---|---|---|---|
| | | | Jimmy D Oliver, Miles T Pringle, Susan B Shields, Bryon J Will, D Kenyon Williams, Jr, John Morris Williams re <u>46</u> MOTION to Dismiss for Lack of Jurisdiction *of the First Amended Complaint Under Rules 12(b)(1) and 12(b)(6) and Brief in Support*, <u>45</u> MOTION to Dismiss for Lack of Jurisdiction *Joint Notice of Supplemental Authority* (Burrage, Michael) (Entered: 09/09/2019) |
| 09/18/2019 | <u>61</u> | | ORDER defendants' motions to dismiss <u>43</u> , <u>45</u> , <u>46</u> and <u>47</u> are granted in part and denied in part as set forth in the order...see order for specifics. Signed by Honorable Joe Heaton on 09/18/2019. (lam) (Entered: 09/18/2019) |
| 10/02/2019 | <u>62</u> | | ANSWER to <u>19</u> Amended Complaint by Tom Colbert, Doug Combs, Richard Darby, James E Edmondson, Noma Gurich, Yvonne Kauger, James R Winchester.(Maye, Kieran) (Entered: 10/02/2019) |
| 10/02/2019 | <u>63</u> | | ANSWER to <u>19</u> Amended Complaint *by Members of the Board of Governors* – by Matthew C Beese, Charles W Chesnut, Mark E Fields, Kimberly Hayes, Brian T Hermanson, James R Hicks, Andrew E. Hutter, David T McKenzie, Brian K Morton, Lane R Neal, Brandi N Nowakowski, Jimmy D Oliver, Miles T Pringle, Susan B Shields, Bryon J Will, D Kenyon Williams, Jr.(Burrage, Michael) (Entered: 10/02/2019) |
| 10/02/2019 | <u>64</u> | | ANSWER to <u>19</u> Amended Complaint by John Morris Williams.(Burrage, Michael) (Entered: 10/02/2019) |
| 10/02/2019 | <u>65</u> | | ANSWER to <u>19</u> Amended Complaint by Timothy E DeClerck.(Wolfe, Thomas) (Entered: 10/02/2019) |
| 10/24/2019 | <u>66</u> | | JOINT STATUS REPORT AND DISCOVERY PLAN by Plaintiff Mark E Schell. (Huebert, Jacob) (Entered: 10/24/2019) |
| 10/30/2019 | <u>67</u> | | CIVIL SCHEDULING CONFERENCE DOCKET: Scheduling Conference set for 11/27/2019 @ 09:40 AM in Chambers before Honorable Joe Heaton. Joint Status Report due by 11/18/2019. (lam) (Entered: 10/30/2019) |
| 10/30/2019 | <u>68</u> | | UNOPPOSED MOTION to Continue *Scheduling Confernece* by Tom Colbert, Doug Combs, Richard Darby, James E Edmondson, Noma Gurich, Yvonne Kauger, James R Winchester. (Maye, Kieran) (Entered: 10/30/2019) |
| 10/30/2019 | <u>69</u> | | ORDER granting <u>68</u> defendants' unopposed motion for continuance...the 11/27/2019 status conference is continued to the court's next available scheduling conference docket. Signed by Honorable Joe Heaton on 10/30/2019. (lam) (Entered: 10/30/2019) |
| 10/30/2019 | | | Per order <u>69</u> the 11/27/2019 status conference is continued to the court's next available status conference docket. (lam) (Entered: 10/30/2019) |
| 12/02/2019 | <u>70</u> | | CIVIL SCHEDULING DOCKET: Scheduling Conference set for 1/8/2020 @ 09:30 AM in Chambers before Honorable Joe Heaton. Status Report due by 12/30/2019. (nv) (Entered: 12/02/2019) |
| 01/08/2020 | <u>71</u> | | SCHEDULING ORDER: Motions in limine due 6/15/2020; Statement of cs due 6/15/2020; Proposed Findings of Fact and Conclusions due 6/15/2020; Bench Trial set on the court's 07/2020 trial docket Courtroom 501 before Honorable Joe Heaton. Discovery due by 4/1/2020. Motions due by 4/15/2020. Pretrial Report due by 6/15/2020. Signed by Honorable Joe Heaton on |

| | | | 01/08/2020. (lam) (Entered: 01/08/2020) |
|---|---|---|---|
| 02/07/2020 | 72 | | NOTICE (other) by Mark E Schell *of Automatic Substitution of Official Capacity Defendants* (Huebert, Jacob) (Entered: 02/07/2020) |
| 02/20/2020 | 73 | | NOTICE of Subpoena by Mark E Schell (Attachments: # 1 Attachment Subpoena)(Huebert, Jacob) (Entered: 02/20/2020) |
| 02/27/2020 | 74 | | MOTION to Quash *Plaintiff's Subpoena Duces Tecum [Doc. 73]* by Matthew C Beese, Charles W Chesnut, Tom Colbert, Doug Combs, Richard Darby, James E Edmondson, Mark E Fields, Noma Gurich, Kimberly Hayes, Brian T Hermanson, James R Hicks, Andrew E. Hutter, Yvonne Kauger, David T McKenzie, Brian K Morton, Lane R Neal, Brandi N Nowakowski, Jimmy D Oliver, Miles T Pringle, Susan B Shields, Bryon J Will, D Kenyon Williams, Jr, John Morris Williams, James R Winchester. (Wolfe, Thomas) (Entered: 02/27/2020) |
| 03/02/2020 | 75 | | **STRICKEN** RESPONSE in Opposition re 74 MOTION to Quash *Plaintiff's Subpoena Duces Tecum [Doc. 73]* filed by Mark E Schell. (Attachments: # 1 Exhibit Exhibits A – B)(Huebert, Jacob) For failure to comply with ECF Policies & Procedures Manual, Section II.A.4.a (rb). (Entered: 03/02/2020) |
| 03/02/2020 | 76 | | Exhibit List / Witness List by Plaintiff Mark E Schell. (Huebert, Jacob) (Entered: 03/02/2020) |
| 03/04/2020 | 77 | | RESPONSE in Opposition re 74 MOTION to Quash *Plaintiff's Subpoena Duces Tecum [Doc. 73]* filed by Mark E Schell. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Huebert, Jacob) (Entered: 03/04/2020) |
| 03/04/2020 | 78 | | ENTRY of Appearance by Gary W Wood on behalf of Clayton C. Taylor (Wood, Gary) (Entered: 03/04/2020) |
| 03/04/2020 | 79 | | MOTION to Quash *Plaintiff's Subpoena Duces Tecum and Subpoena to Testify at a Deposition* by Clayton C. Taylor. (Wood, Gary) (Entered: 03/04/2020) |
| 03/05/2020 | 80 | | ORDER striking 74 and 79 motions to quash for failure to comply with LCvR37.1...both motions may be re–urged if the required in person conference of counsel does not result in resolution of the matters in dispute. Signed by Honorable Joe Heaton on 03/05/2020. (lam) (Entered: 03/05/2020) |
| 03/13/2020 | 81 | | UNOPPOSED MOTION to Dismiss *Plaintiff's Third Claim for Relief Pursuant to Federal Rule of Civil Procedure 12(c)* by Matthew C Beese, Charles W Chesnut, Tom Colbert, Doug Combs, Richard Darby, Timothy E DeClerck, Jane Doe, John Doe, James E Edmondson, Mark E Fields, Noma Gurich, Kimberly Hayes, Brian T Hermanson, James R Hicks, Andrew E. Hutter, Yvonne Kauger, David T McKenzie, Brian K Morton, Lane R Neal, Brandi N Nowakowski, Jimmy D Oliver, Miles T Pringle, Susan B Shields, Bryon J Will, D Kenyon Williams, Jr, John Morris Williams, James R Winchester. (Attachments: # 1 Exhibit 1 – New Keller Policy)(Hintz, Heather) (Entered: 03/13/2020) |
| 03/25/2020 | 82 | | ORDER granting 81 defendants' unopposed motion to dismiss plaintiff's third claim for relief pursuant to Fed.R.Civ.Pro. 12(c); plaintiff's third claim for relief is dismissed as moot; each party shall bear its own costs and fees related to plaintiff's third cause of action as set out in the unopposed motion. Signed by Honorable Joe Heaton on 03/25/2020. (lam) (Entered: 03/25/2020) |

| 03/25/2020 | 83 | | JUDGMENT for the reasons stated in the court's 09/18/2019 order and 03/25/2020 order this case is dismissed. Signed by Honorable Joe Heaton on 03/25/2020. (lam) (Entered: 03/25/2020) |
|---|---|---|---|
| 04/02/2020 | 84 | | NOTICE OF APPEAL as to 82 Order on Motion to Dismiss, 83 Judgment by Mark E Schell. Filing fee $ 505, receipt number 1087–3130761. (Huebert, Jacob) (Entered: 04/02/2020) |
| 04/02/2020 | 85 | | PRELIMINARY RECORD LETTER – Electronic Transmission of Notice of Appeal with Preliminary Record sent to Tenth Circuit Court of Appeals re 84 Notice of Appeal (Attachments: # 1 Attachment 1– Preliminary Record)(rb) (Entered: 04/02/2020) |
| 04/02/2020 | 86 | | AMENDED NOTICE OF APPEAL as to 61 Order on Motion to Dismiss, Order on Motion to Dismiss/Lack of Jurisdiction,, 83 Judgment by Mark E Schell . (Huebert, Jacob) (Entered: 04/02/2020) |
| 04/02/2020 | 87 | | AMENDED PRELIMINARY RECORD LETTER – Electronic Transmission of Notice of Appeal with Preliminary Record sent to Tenth Circuit Court of Appeals re 86 Amended Notice of Appeal (Attachments: # 1 Attachment 1– Amended Preliminary Record)(rb) (Entered: 04/02/2020) |
| 04/03/2020 | 88 | | TRANSCRIPT Order Form by Mark E Schell that transcripts Are not necessary. See order form for dates and proceedings. (Huebert, Jacob) (Entered: 04/03/2020) |
| 04/03/2020 | 89 | | Tenth Circuit USCA Case Number 20–6044 for 86 Amended Notice of Appeal filed by Mark E Schell. Civil case docketed. Preliminary record filed. DATE RECEIVED: 04/02/2020 Docketing statement due 04/16/2020 for Mark E. Schell. Transcript order form due 04/16/2020 for Mark E. Schell. Notice of appearance due on 04/16/2020 for Matthew C. Beese, Charles W Chesnut, Tom Colbert, Doug Combs, Richard Darby, Timothy E. DeClerck, Jane Doe, John Doe, James E. Edmondson, Mark E. Fields, Noma D. Gurich, Kimberly Hayes, Brian T. Hermanson, James R. Hicks, Andrew E. Hutter, Yvonee Kauger, David T. McKenzie, Brian K. Morton, Lane R. Neal, Brandi N. Nowakowski, Jimmy D. Oliver, Miles T. Pringle, Mark E. Schell, Susan B. Shields, Bryon J. Will, D. Kenyon Williams Jr., John Morris Williams and James R. Winchester. (rb) (Entered: 04/06/2020) |
| 04/08/2020 | 90 | | TRANSCRIPT LETTER re 86 Amended Notice of Appeal filed by Mark E Schell. The record is ready for appeal purposes. (rb) (Entered: 04/08/2020) |
| 04/30/2020 | 91 | | ORDER of USCA as to 86 Amended Notice of Appeal filed by Mark E Schell. Order filed by Clerk of the Court clarifying the appellees on appeal and amending the official caption. See order for details. (rb) (Entered: 04/30/2020) |
| 06/29/2021 | 92 | | USCA OPINION as to 86 Amended Notice of Appeal filed by Mark E Schell. Affirmed in Part and Reverse in Part; Terminated on the merits after oral hearing; Written, signed, published; Judges Hartz, Ebel and McHugh (authoring). Mandate to issue. [20–6044] (jjs) (Entered: 07/01/2021) |
| 06/29/2021 | 93 | | USCA JUDGMENT as to 86 Amended Notice of Appeal filed by Mark E Schell. Judgment for opinion filed. [20–6044] (jjs) (Entered: 07/01/2021) |
| 08/25/2021 | 94 | | USCA OPINION as to 84 Notice of Appeal filed by Mark E Schell. Affirmed in Part, Reversed in Part and Remanded; Terminated on the merits after oral |

| | | | |
|---|---|---|---|
| | | | hearing; Written, signed, published; Judges Hartz, Ebel and McHugh (authoring). Mandate to issue. [20–6044] (jjs) (Entered: 08/27/2021) |
| 08/27/2021 | 95 | | USCA JUDGMENT as to 84 Notice of Appeal filed by Mark E Schell. Judgment for opinion filed. [20–6044] (jjs) (Entered: 08/27/2021) |
| 09/16/2021 | 96 | | USCA MANDATE Issued re 86 Amended Notice of Appeal filed by Mark E Schell. Mandate issued. [20–6044] (kmt) (Entered: 09/16/2021) |
| 09/24/2021 | 97 | | ORDER REOPENING CASE. Signed by Honorable Joe Heaton on 09/24/2021. (jjs) (Entered: 09/24/2021) |
| 10/05/2021 | 98 | | CIVIL SCHEDULING CONFERENCE DOCKET: Scheduling Conference set for 10/27/2021 @ 10:10 AM in Chambers before Judge Joe Heaton. Joint Status Report and Joint Discovery due by 10/18/2021. (lam) (Entered: 10/05/2021) |
| 10/12/2021 | 99 | | UNOPPOSED MOTION to Stay Case by Mark E Schell. (Huebert, Jacob) (Entered: 10/12/2021) |
| 10/13/2021 | 100 | | ORDER granting 99 plaintiff's unopposed motion to stay proceedings...accordingly, all proceedings are STAYED pending the Supreme Court's determination of plaintiff's petition for certiorari seeking partial review of the 10th Circuit's decision issued 08/27/2021. Signed by Judge Joe Heaton on 10/13/2021. (lam) (Entered: 10/13/2021) |
| 10/14/2021 | | | Terminated 10/27/2021 scheduling conference per stay. (lam) (Entered: 10/14/2021) |
| 11/30/2021 | 101 | | PETITION FOR WRIT OF CERTIORARI re Supreme Court Number:21–779. Petition for writ of certiorari filed by Mark E. Schell on 11/22/2021 and placed on the docket 11/24/2021 as Supreme Court Number 21–779. [20–6044] (jjs) (Entered: 11/30/2021) |
| 02/28/2022 | 102 | | MOTION to Withdraw as Attorney by Mark E Schell. (Attachments: # 1 Attachment Proposed Order)(Huebert, Jacob) (Entered: 02/28/2022) |
| 03/01/2022 | 103 | | ORDER granting 102 the motion of Jacob Huebert, Esq., as counsel for plaintiff to withdraw...the clerk of court is directed to strike Mr. Huebert's name as counsel of record for plaintiff. Signed by Judge Joe Heaton on 03/01/2022. (lam) (Entered: 03/01/2022) |
| 04/04/2022 | 104 | | PETITION FOR WRIT OF CERTIORARI Denied. Supreme Court order dated 04/04/2022 denying certiorari filed by Mark E. Schell. [20–6044] (jjs) (Entered: 04/05/2022) |
| 04/07/2022 | 105 | | CIVIL SCHEDULING CONFERENCE DOCKET: Scheduling Conference set for 05/04/2022 @ 10:00 AM in Chambers before Judge Joe Heaton. Joint Status Report and Discovery Plan due by 04/25/2022. (lam) (Entered: 04/07/2022) |
| 04/22/2022 | 106 | | MOTION for Leave to Appear Pro Hac Vice *of Scott Day Freeman* by All Plaintiffs. Filing fee $ 50, receipt number AOKWDC–3893652. (Attachments: # 1 Attachment Request for Admission Pro Hac Vice, # 2 Attachment Proposed Order)(Sandefur, Timothy) Modified on 4/25/2022 (jjs). (Entered: 04/22/2022) |

| 04/25/2022 | 107 | ORDER granting 106 Scott Day Freeman, Esq.'s motion for leave to appear pro hac vice as counsel of record for plaintiff...see order for specifics. Signed by Judge Joe Heaton on 04/25/2022. (lam) (Entered: 04/25/2022) |
| 04/25/2022 | 108 | JOINT STATUS REPORT AND DISCOVERY PLAN by Plaintiff Mark E Schell. (Sandefur, Timothy) (Entered: 04/25/2022) |
| 04/27/2022 | 109 | ENTER ORDER...the 05/04/2022 scheduling conference is reset to 05/05/2022 at 10:00 a.m., in Chambers before Judge Joe Heaton. Signed by Judge Joe Heaton on 04/27/2022. (lam) (Entered: 04/27/2022) |
| 04/28/2022 | 110 | ENTRY of Appearance by Scott D Freeman on behalf of Mark E Schell (Freeman, Scott) (Entered: 04/28/2022) |
| 05/02/2022 | 111 | ENTRY of Appearance by Patricia A Sawyer on behalf of Matthew C Beese, Charles W Chesnut, Timothy E DeClerck, Mark E Fields, Kimberly Hayes, Brian T Hermanson, Andrew E. Hutter, David T McKenzie, Brian K Morton, Lane R Neal, Brandi N Nowakowski, Jimmy D Oliver, Miles T Pringle, Susan B Shields, Bryon J Will, D Kenyon Williams, Jr (Sawyer, Patricia) (Entered: 05/02/2022) |
| 05/02/2022 | 112 | MOTION to Extend Deadlines or Hearings *Reschedule Scheduling Conference* by Mark E Schell. (Freeman, Scott) (Entered: 05/02/2022) |
| 05/02/2022 | 113 | ENTRY of Appearance by Patricia A Sawyer on behalf of Matthew C Beese, Charles W Chesnut, Mark E Fields, Kimberly Hayes, Brian T Hermanson, James R Hicks, Andrew E. Hutter, David T McKenzie, Brian K Morton, Lane R Neal, Brandi N Nowakowski, Jimmy D Oliver, Miles T Pringle, Susan B Shields, Bryon J Will, D Kenyon Williams, Jr (Sawyer, Patricia) (Entered: 05/02/2022) |
| 05/03/2022 | 114 | ENTER ORDER...plaintiff's unopposed motion to reschedule scheduling conference 112 is granted...the 05/05/2022 scheduling conference is reset to 05/18/2022 at 9:30 a.m., in Chambers; Scott Day Freeman, Esq., is allowed to appear by telephone at the conference...see order for further specifics. Signed by Judge Joe Heaton on 05/03/2022. (lam) (Entered: 05/03/2022) |
| 05/18/2022 | 115 | Minute Entry for proceedings held before Judge Joe Heaton...Scheduling Conference held on 5/18/2022; counsel for the parties present; the court grants plaintiff leave to file his motion to amend not later than 06/10/2022; conference adjourned. (lam) (Entered: 05/18/2022) |
| 06/10/2022 | 116 | AMENDED COMPLAINT against Doug Combs, Richard Darby, James E Edmondson, Noma Gurich, Brian T Hermanson, James R Hicks, Yvonne Kauger, Miles T Pringle, John Morris Williams, James R Winchester, John Kane, IV, Dustin Rowe, Dana Kuehn, Michael Mordy, Michael Vanderburg, Michael Davis, S. Shea Bracken,, Dustin Connor, Allyson Dow, Richard White, Jr., Benjamin Hilfiger, Joshua Edwards, Robin Rochelle, Amber Peckio Garrett, Kara Smith, Angela Ailes Bahm, Dylan Erwin filed by All Plaintiffs. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)(Freeman, Scott) (Entered: 06/10/2022) |
| 06/22/2022 | 117 | UNOPPOSED MOTION for Extension of Time *for all Defendants to File Motions to Dismiss or Otherwise Respond to the Second Amended Complaint* |

| | | | by All Defendants. (Wolfe, Thomas) (Entered: 06/22/2022) |
|---|---|---|---|
| 06/23/2022 | 118 | | ORDER granting 117 defendants' unopposed motion for extension of deadline...defendants shall file their answer or other responsive pleadings to plaintiff's amended complaint not later than 07/15/2022. Signed by Judge Joe Heaton on 06/23/2022. (lam) (Entered: 06/23/2022) |
| 06/29/2022 | 119 | | MOTION for Leave to Appear Pro Hac Vice *of Adam C. Shelton* Filing fee $ 50, receipt number AOKWDC–3938002 by Mark E Schell. (Attachments: # 1 Attachment Request for Admission Pro Hac Vice, # 2 Attachment Proposed Order)(Freeman, Scott) (Entered: 06/29/2022) |
| 06/30/2022 | 120 | | ORDER granting the motion for admission pro hac vice 119 of Adam C. Shelton, Esq., conditioned on the filing of an entry of appearance and registration for electronic case filing by the applicant within seven (7) days from the entry of this order. Signed by Judge Joe Heaton on 6/30/2022. (cla) (Entered: 06/30/2022) |
| 07/06/2022 | 121 | | ENTRY of Appearance by Adam D Shelton on behalf of Mark E Schell (Shelton, Adam) (Entered: 07/06/2022) |
| 07/15/2022 | 122 | | MOTION to Dismiss *Second Amended Complaint [Doc. 116] Under Rule 12(B)(6), Fed. R. Civ. P., and Brief in Support* by All Defendants. (Attachments: # 1 Exhibit 1 – 990 Return)(Wolfe, Thomas) (Entered: 07/15/2022) |
| 07/25/2022 | 123 | | UNOPPOSED MOTION for Extension of Time *to Respond to Motion to Dismiss* by Mark E Schell. (Attachments: # 1 Attachment Proposed Order)(Freeman, Scott) (Entered: 07/25/2022) |
| 07/26/2022 | 124 | | ORDER granting 123 plaintiff's unopposed motion for extension of deadline...plaintiff shall file his response to defendants' motion to dismiss second amended complaint 122 not later than 08/19/2022. Signed by Judge Joe Heaton on 07/26/2022. (lam) (Entered: 07/26/2022) |
| 08/19/2022 | 125 | | RESPONSE to Motion re 122 MOTION to Dismiss *Second Amended Complaint [Doc. 116] Under Rule 12(B)(6), Fed. R. Civ. P., and Brief in Support* filed by Mark E Schell. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Freeman, Scott) (Entered: 08/19/2022) |
| 08/24/2022 | 126 | | UNOPPOSED MOTION for Extension of Time to File Response/Reply as to 122 MOTION to Dismiss *Second Amended Complaint [Doc. 116] Under Rule 12(B)(6), Fed. R. Civ. P., and Brief in Support (Unopposed Application for an Extension of Time for all Defendants to File a Reply Brief in Support of Defendants' Motion to Dismiss Second Amended Complaint)* by All Defendants. (Wolfe, Thomas) (Entered: 08/24/2022) |
| 08/25/2022 | 127 | | ORDER granting 126 defendants' unopposed motion for extension of deadline...defendants may file their reply brief in support of their motion to dismiss second amended complaint 122 not later than 09/09/2022. Signed by Judge Joe Heaton on 08/25/2022. (lam) (Entered: 08/25/2022) |
| 09/09/2022 | 128 | | STRICKEN MOTION to Appoint Expert , MOTION to Dismiss by All Defendants. (Wolfe, Thomas) Modified on 9/2/2022 (so). (Entered: 09/09/2022) |

| 09/09/2022 | 129 | | REPLY to Response to Motion re 122 MOTION to Dismiss *Second Amended Complaint [Doc. 116] Under Rule 12(B)(6), Fed. R. Civ. P., and Brief in Support* filed by All Defendants. (Wolfe, Thomas) (Entered: 09/09/2022) |
| 09/27/2022 | 130 | | MOTION to Withdraw as Attorney by Mark E Schell. (Sandefur, Timothy) (Entered: 09/27/2022) |
| 09/28/2022 | 131 | | ORDER granting 130 the motion to withdraw of Timothy Sandefur, Esq....the clerk of court is directed to strike Mr. Sandefur's name as counsel of record for plaintiff. Signed by Judge Joe Heaton on 09/28/2022. (lam) (Entered: 09/28/2022) |
| 03/01/2023 | 132 | | ORDER granting in part and denying in part 122 defendants' motion to dismiss. As some of the Second Amended Complaints allegations are sufficient to state a plausible First Amendment free association claim based on compelled speech, defendants motion to dismiss 122 is DENIED as to the compelled speech (Claim II) but GRANTED as to Claims I and III. Signed by Judge Joe Heaton on 03/01/2023. (lam) (Entered: 03/01/2023) |
| 03/07/2023 | 133 | | CIVIL SCHEDULING CONFERENCE DOCKET: Scheduling Conference set for 04/05/2023 @ 10:00 AM in Chambers before Judge Joe Heaton. Joint Status Report and Joint Discovery Plan due by 03/27/2023. (lam) (Entered: 03/07/2023) |
| 03/15/2023 | 134 | | ANSWER to 116 Amended Complaint,, by Douglas Combs, Richard Darby, James E Edmondson, Noma Gurich, John Kane, IV, Yvonne Kaugher, Dana Kuehn, Dustin Rowe, James Winchester.(Maye, Kieran) (Entered: 03/15/2023) |
| 03/15/2023 | 135 | | ANSWER to 116 Amended Complaint,, by Angela Ailes Bahm, S. Shea Bracken,, Dustin Connor, Michael Davis, Allyson Dow, Joshua Edwards, Brian Hermanson, James Hicks, Benjamin Hilfiger, Michael Mordy, Lane R Neal, Miles Pringle, Robin Rochelle, Kara Smith, Michael Vanderburg, Richard White, Jr., John M Williams.(Burrage, Michael) (Entered: 03/15/2023) |
| 03/27/2023 | 136 | | JOINT STATUS REPORT AND DISCOVERY PLAN by Plaintiff Mark E Schell. (Freeman, Scott) (Entered: 03/27/2023) |
| 04/05/2023 | 137 | | SCHEDULING ORDER: Motions in limine due 01/15/2024; Statement of case due 01/15/2024; Trial briefs due 01/15/2024; Proposed Findings of Fact and Conclusions due 01/15/2024; Bench Trial set on the court's 02/2024 trial docket in Courtroom 501 before Judge Joe Heaton. Discovery due by 11/1/2023. Motions due by 11/15/2023. Pretrial Report due by 1/15/2024. Signed by Judge Joe Heaton on 04/05/2023. (lam) (Entered: 04/05/2023) |
| 10/16/2023 | 138 | | Witness List by Defendants Angela Ailes Bahm, Matthew C Beese, S. Shea Bracken,, Charles W Chesnut, Tom Colbert, Dustin Connor, Michael Davis, Timothy E DeClerck, Jane Doe, John Doe, John Does, Allyson Dow, Joshua Edwards, Dylan Erwin, Mark E Fields, Amber Peckio Garrett, Kimberly Hayes, Brian Hermanson, James Hicks, Benjamin Hilfiger, Andrew E. Hutter, David T McKenzie, Michael Mordy, Brian K Morton, Lane R Neal, Brandi N Nowakowski, Jimmy D Oliver, Miles Pringle, Robin Rochelle, Susan B Shields, Kara Smith, Michael Vanderburg, Richard White, Jr., Bryon J Will, D Kenyon Williams, Jr, John M Williams. (Hintz, Heather) (Entered: 10/16/2023) |

| 10/16/2023 | 139 | Witness List by Defendants Douglas Combs, Richard Darby, James E Edmondson, Noma Gurich, John Kane, IV, Yvonne Kaugher, Dana Kuehn, Dustin Rowe, James Winchester. (Maye, Kieran) (Entered: 10/16/2023) |
| --- | --- | --- |
| 10/26/2023 | 140 | JOINT MOTION to Extend Deadlines or Hearings *Remaining Deadlines* by Mark E Schell. (Freeman, Scott) (Entered: 10/26/2023) |
| 10/30/2023 | 141 | ORDER granting 140 the parties' joint motion for extension of deadlines. See separate revised scheduling order for specifics. Signed by Judge Joe Heaton on 10/30/2023. (lam) (Entered: 10/30/2023) |
| 10/30/2023 | 142 | REVISED SCHEDULING ORDER: Stipulations due 04/15/2024; Motions in limine due 04/15/2024; Statement of cs due 04/15/2024; Trial briefs due 04/15/2024; Proposed Findings of Fact and Conclusions due 04/15/2024. Bench Trial set on the court's 05/2024 trial docket in Courtroom 501 before Judge Joe Heaton. Discovery due by 2/1/2024. Motions due by 2/15/2024. Pretrial Report due by 4/15/2024.. Signed by Judge Joe Heaton on 10/30/2023. (lam) (Entered: 10/30/2023) |
| 01/09/2024 | 143 | NOTICE of Subpoena by Mark E Schell (Freeman, Scott) (Entered: 01/09/2024) |
| 01/09/2024 | 144 | NOTICE of Subpoena by Mark E Schell (Freeman, Scott) (Entered: 01/09/2024) |
| 01/24/2024 | 145 | MOTION to Extend Deadlines or Hearings by Mark E Schell. (Freeman, Scott) (Entered: 01/24/2024) |
| 01/25/2024 | 146 | ORDER granting 145 the parties' joint motion for extension of deadlines. See separate revised scheduling order for specifics. Signed by Judge Joe Heaton on 01/25/2024. (lam) (Entered: 01/25/2024) |
| 01/25/2024 | 147 | REVISED SCHEDULING ORDER: Stipulations due 05/15/2024; Motions in limine due 05/15/2024; Statement of cs due 05/15/2024; Proposed Findings of Fact and Conclusions due 05/15/2024. Discovery due by 3/1/2024. Bench Trial set for the court's 06/2024 trial docket in Courtroom 501 before Judge Joe Heaton. Motions due by 3/15/2024. Pretrial Report due by 5/15/2024. Signed by Judge Joe Heaton on 01/25/2024. (lam) Modified docket text to reflect Bench trial not Jury Trial on 1/30/2024 (lam). (Entered: 01/25/2024) |
| 01/30/2024 | | Set/Reset Hearings:(Bench Trial set on the court's 06/2024 trial docket in Courtroom 501 before Judge Joe Heaton.) (lam) (Entered: 01/30/2024) |
| 02/15/2024 | 148 | JOINT MOTION to Extend Deadlines or Hearings by Mark E Schell. (Freeman, Scott) (Entered: 02/15/2024) |
| 02/16/2024 | 149 | ORDER granting 148 the parties' joint motion for extension of deadlines. See separate revised scheduling order for specifics. Signed by Judge Joe Heaton on 02/16/2024. (lam) (Entered: 02/16/2024) |
| 02/16/2024 | 150 | REVISED SCHEDULING ORDER: Stipulations due 07/15/2024; Motions in limine due 07/15/2024; Statement of cs due 07/15/2024; Proposed Findings of Fact and Conclusions due 07/15/2024. Bench Trial set on the court's 08/2024 trial docket in Courtroom 501 before Judge Joe Heaton. Discovery due by 5/1/2024. Motions due by 5/15/2024. Pretrial Report due by 7/15/2024. Signed by Judge Joe Heaton on 02/16/2024. (lam) (Entered: 02/16/2024) |

| 04/19/2024 | 151 | | JOINT MOTION to Extend Deadlines or Hearings by Mark E Schell. (Freeman, Scott) (Entered: 04/19/2024) |
| 04/22/2024 | 152 | | ORDER granting 151 the parties' joint motion for extension of deadlines as set forth by separate revised scheduling order. Signed by Judge Joe Heaton on 04/22/2024. (lam) (Entered: 04/22/2024) |
| 04/22/2024 | 153 | | REVISED SCHEDULING ORDER: Stipulations due 09/15/2024; Motions in limine due 09/15/2024; Statement of cs 09/15/2024; Trial briefs due 09/15/2024; Proposed Findings of Fact and Conclusions due 09/15/2024. Bench Trial set on the court's 10/2024 trial docket in Courtroom 501 before Judge Joe Heaton. Discovery due by 7/1/2024. Motions due by 7/15/2024. Pretrial Report due by 9/15/2024. Signed by Judge Joe Heaton on 04/22/2024. (lam) (Entered: 04/22/2024) |
| 07/01/2024 | 154 | | JOINT MOTION to Extend Deadlines or Hearings by Mark E Schell. (Attachments: # 1 Attachment Proposed Scheduling Order)(Freeman, Scott) (Entered: 07/01/2024) |
| 07/02/2024 | 155 | | ORDER granting 154 the parties' joint motion for extension of deadlines as set forth by separate revised scheduling order. Signed by Judge Joe Heaton on 07/02/2024. (lam) (Entered: 07/02/2024) |
| 07/02/2024 | 156 | | REVISED SCHEDULING ORDER: Stipulations due 11/15/2024; Motions in limine due 11/15/2024; Statement of cs due 11/15/2024; Proposed Findings of Fact and Conclusions due 11/15/2024. Bench Trial set on the court's 12/2024 trial docket in Courtroom 501 before Judge Joe Heaton. Discovery due by 9/1/2024. Motions due by 9/15/2024. Pretrial Report due by 11/15/2024. Signed by Judge Joe Heaton on 07/02/2024. (lam) (Entered: 07/02/2024) |
| 08/30/2024 | 157 | | JOINT MOTION to Extend Deadlines or Hearings by Mark E Schell. (Attachments: # 1 Attachment Proposed Revised Scheduling Order)(Freeman, Scott) (Entered: 08/30/2024) |
| 09/04/2024 | 158 | | ORDER granting 157 the parties' joint motion for extension of deadlines as set forth by separate revised scheduling order. Signed by Judge Joe Heaton on 09/03/2024. (lam) (Entered: 09/04/2024) |
| 09/04/2024 | 159 | | REVISED SCHEDULING ORDER: Motions in limine due 2/15/2025; Statement of cs due 2/15/2025; Proposed Findings of Fact and Conclusions due 2/15/2025; Bench Trial set on the court's 03/2025 trial docket in Courtroom 501 before Judge Joe Heaton. Discovery due by 12/1/2024. Motions due by 12/15/2024. Pretrial Report due by 2/15/2025. Signed by Judge Joe Heaton on 09/03/2024. (lam) (Main Document 159 replaced so as to include complete case style on 9/4/2024) (lam). (Entered: 09/04/2024) |
| 11/25/2024 | 160 | | UNOPPOSED MOTION to Extend Deadlines or Hearings by Mark E Schell. (Attachments: # 1 Attachment Proposed Revised Scheduling Order)(Shelton, Adam) (Entered: 11/25/2024) |
| 12/02/2024 | 161 | | ORDER granting 160 plaintiff's unopposed motion for extension of deadlines as set forth by separate revised scheduling order. Signed by Judge Joe Heaton on 12/02/2024. (lam) (Entered: 12/02/2024) |
| 12/02/2024 | 162 | | SCHEDULING ORDER: Stipulations due 03/17/2025; Motions in limine due 03/17/2025; Statement of cs due 03/17/2025; Trial briefs due 03/17/2025; |

| | | | Proposed Findings of Fact and Conclusions due 03/17/2025; Bench Trial set on the court's May 2025 trial docket in Courtroom 501 before Judge Joe Heaton. Discovery due by 1/2/2025. Motions due by 2/23/2025. Pretrial Report due by 3/17/2025. Signed by Judge Joe Heaton on 12/02/2024. (lam) (Entered: 12/02/2024) |
|---|---|---|---|
| 01/02/2025 | 163 | | EIGHTH MOTION to Extend Deadlines or Hearings by Mark E Schell. (Attachments: # 1 Attachment Proposed Revised Scheduling Order)(Shelton, Adam) (Entered: 01/02/2025) |
| 01/02/2025 | 164 | | Exhibit List *of Defendants, The Members of the Board of Governors and the Executive Director of the Oklahoma Bar Association* by Defendants Michael Mordy, Michael Vanderburg, Michael Davis, S. Shea Bracken,, Dustin Connor, Allyson Dow, Richard White, Jr., Benjamin Hilfiger, Joshua Edwards, Robin Rochelle, Amber Peckio Garrett, Kara Smith, Angela Ailes Bahm, Dylan Erwin, Brian Hermanson, James Hicks, Lane R Neal, Miles Pringle. (Hintz, Heather) (Entered: 01/02/2025) |
| 01/02/2025 | 165 | | Exhibit List by Defendants John Kane, IV, Dustin Rowe, Dana Kuehn, Tom Colbert, Douglas Combs, Richard Darby, Noma Gurich, Yvonne Kaugher, James Winchester. (Maye, Kieran) (Entered: 01/02/2025) |
| 01/02/2025 | 166 | | Exhibit List / Witness List by Plaintiff Mark E Schell. (Shelton, Adam) (Entered: 01/02/2025) |
| 01/06/2025 | 167 | | ORDER granting 163 plaintiff's unopposed motion for extension of deadlines as set forth by separate revised scheduling order. Signed by Judge Joe Heaton on 01/06/2025. (lam) (Entered: 01/06/2025) |
| 01/06/2025 | 168 | | REVISED SCHEDULING ORDER: Stipulations due 06/15/2025; Motions in limine due 06/15/2025; Statement of cs due 06/15/2025; Proposed Findings of Fact and Conclusions due 06/15/2025; Bench Trial set on the court's 07/2025 trial docket in Courtroom 501 before Judge Joe Heaton. Discovery due by 4/1/2025. Motions due by 4/15/2025. Pretrial Report due by 6/15/2025.. Signed by Judge Joe Heaton on 01/06/2025. (lam) (Entered: 01/06/2025) |
| 03/17/2025 | 169 | | Witness List *(Final)* by Defendants Angela Ailes Bahm, S. Shea Bracken,, Dustin Connor, Michael Davis, Allyson Dow, Joshua Edwards, Dylan Erwin, Amber Peckio Garrett, Brian Hermanson, James Hicks, Benjamin Hilfiger, Michael Mordy, Lane R Neal, Miles Pringle, Robin Rochelle, Kara Smith, Michael Vanderburg, Richard White, Jr., John M Williams. (Hintz, Heather) (Entered: 03/17/2025) |
| 03/17/2025 | 170 | | Witness List *Of Justices* by Defendants Douglas Combs, Richard Darby, James E Edmondson, Noma Gurich, John Kane, IV, Dana Kuehn, Dustin Rowe, James Winchester. (Maye, Kieran) (Entered: 03/17/2025) |
| 04/01/2025 | 171 | | Exhibit List *(Final)* by Defendants Angela Ailes Bahm, S. Shea Bracken,, Dustin Connor, Michael Davis, Allyson Dow, Joshua Edwards, Dylan Erwin, Amber Peckio Garrett, Brian Hermanson, James Hicks, Benjamin Hilfiger, Michael Mordy, Lane R Neal, Miles Pringle, Robin Rochelle, Kara Smith, Michael Vanderburg, Richard White, Jr., John M Williams. (Hintz, Heather) (Entered: 04/01/2025) |
| 04/01/2025 | 172 | | |

| | | | |
|---|---|---|---|
| | | | Exhibit List *Of Justices* by Defendants Douglas Combs, Richard Darby, James E Edmondson, Noma Gurich, John Kane, IV, Dana Kuehn, Dustin Rowe, James Winchester. (Maye, Kieran) (Entered: 04/01/2025) |
| 04/01/2025 | 173 | | Exhibit List by Plaintiff Mark E Schell. (Freeman, Scott) (Entered: 04/01/2025) |
| 04/01/2025 | 174 | | Exhibit List *(Amended Final)* by Defendants Angela Ailes Bahm, S. Shea Bracken,, Dustin Connor, Michael Davis, Allyson Dow, Joshua Edwards, Dylan Erwin, Amber Peckio Garrett, Brian Hermanson, James Hicks, Benjamin Hilfiger, Michael Mordy, Lane R Neal, Miles Pringle, Robin Rochelle, Kara Smith, Michael Vanderburg, Richard White, Jr., John M Williams. (Hintz, Heather) (Entered: 04/01/2025) |
| 04/08/2025 | 175 | | UNOPPOSED MOTION to Extend Deadlines or Hearings *Remaining Deadlines* by Mark E Schell. (Freeman, Scott) (Entered: 04/08/2025) |
| 04/09/2025 | 176 | | ORDER granting 175 plaintiff's unopposed motion for extension of deadlines as set forth by separate revised scheduling order. Signed by Judge Joe Heaton on 04/09/2025. (lam) (Entered: 04/09/2025) |
| 04/09/2025 | 177 | | REVISED SCHEDULING ORDER: Stipulations due 06/29/2025; Motions in limine due 06/29/2025; Statement of cs due 06/29/2025; Trial briefs due 06/29/2025; Proposed Findings of Fact and Conclusions due 06/29/2025; Bench Trial set on the court's 08/2025 trial docket in Courtroom 501 before Judge Joe Heaton. Discovery due by 4/1/2025. Motions due by 4/29/2025. Pretrial Report due by 6/29/2025. Signed by Judge Joe Heaton on 04/09/2025. (lam) (Entered: 04/09/2025) |
| 04/29/2025 | 178 | | MOTION for Summary Judgment by Mark E Schell. (Attachments: # 1 Appendix of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29)(Freeman, Scott) (Entered: 04/29/2025) |
| 04/29/2025 | 179 | | JOINT MOTION for Summary Judgment *and Brief in Support* by All Defendants. (Attachments: # 1 Exhibit 1 – Declaration of Janet Johnson, # 2 Exhibit 2 – Schell Depo Excerpts, # 3 Exhibit 3 – Williams Depo Excerpts, # 4 Exhibit 4 – Taylor Depo Excerpts)(Hintz, Heather) (Entered: 04/29/2025) |
| 04/29/2025 | 180 | | NOTICE (other) by Angela Ailes Bahm, S. Shea Bracken,, Dustin Connor, Michael Davis, Allyson Dow, Joshua Edwards, Dylan Erwin, Amber Peckio Garrett, Brian Hermanson, James Hicks, Benjamin Hilfiger, Michael Mordy, Lane R Neal, Miles Pringle, Robin Rochelle re 173 Exhibit List *Objections to Plaintiff's Final Exhibit List* (Hintz, Heather) (Entered: 04/29/2025) |
| 04/30/2025 | 181 | | SUPPLEMENTAL MOTION for Summary Judgment *(Supplemental Joint Motion for Summary Judgment and Brief in Support)* by All Defendants. (Attachments: # 1 Exhibit 1 – Declaration of Janet Johnson, # 2 Exhibit 2 – Schell Depo Excerpts, # 3 Exhibit 3 – Williams Depo Excerpts, # 4 Exhibit 4 – Taylor Depo Excerpts)(Hintz, Heather) (Entered: 04/30/2025) |
| 05/20/2025 | 182 | | |

| | | | |
|---|---|---|---|
| | | | RESPONSE in Opposition re 181 SUPPLEMENTAL MOTION for Summary Judgment *(Supplemental Joint Motion for Summary Judgment and Brief in Support)* filed by Mark E Schell. (Attachments: # 1 Exhibit A)(Freeman, Scott) (Entered: 05/20/2025) |
| 05/20/2025 | 183 | | RESPONSE in Opposition re 178 MOTION for Summary Judgment filed by All Defendants. (Attachments: # 1 Exhibit 1 – Williams Deposition Excerpts, # 2 Exhibit 2 – Taylor Deposition Excerpts, # 3 Exhibit 3 – Declaration of Janet Johnson, # 4 Exhibit 4 – Schell Deposition Excerpts)(Hintz, Heather) (Entered: 05/20/2025) |
| 05/26/2025 | 184 | | JOINT MOTION for Extension of Time to File Response/Reply as to 178 MOTION for Summary Judgment , 181 SUPPLEMENTAL MOTION for Summary Judgment *(Supplemental Joint Motion for Summary Judgment and Brief in Support) (Joint Motion for Seven (7) Day Extension to File Reply Briefs)* by Angela Ailes Bahm, S. Shea Bracken,, Dustin Connor, Michael Davis, Allyson Dow, Joshua Edwards, Dylan Erwin, Amber Peckio Garrett, Brian Hermanson, James Hicks, Benjamin Hilfiger, Michael Mordy, Lane R Neal, Miles Pringle, Robin Rochelle, Kara Smith, Michael Vanderburg, Richard White, Jr., John M Williams. (Hintz, Heather) (Entered: 05/26/2025) |
| 05/27/2025 | 185 | | ORDER the parties joint motion for extension of time 184 is GRANTED as follows: plaintiff and defendants shall file their reply briefs in support of their respective motions for summary judgment not later than June 3, 2025. Signed by Judge Joe Heaton on 05/27/2025. (lam) (Entered: 05/27/2025) |
| 06/03/2025 | 186 | | REPLY by Plaintiff Mark E Schell re 178 MOTION for Summary Judgment filed by Mark E Schell. (Freeman, Scott) (Entered: 06/03/2025) |
| 06/03/2025 | 187 | | REPLY by Defendants Angela Ailes Bahm, Matthew C Beese, S. Shea Bracken,, Charles W Chesnut, Tom Colbert, Douglas Combs, Dustin Connor, Richard Darby, Michael Davis, Timothy E DeClerck, Jane Doe, John Doe, John Does, Allyson Dow, James E Edmondson, Joshua Edwards, Dylan Erwin, Mark E Fields, Amber Peckio Garrett, Noma Gurich, Kimberly Hayes, Brian Hermanson, James Hicks, Benjamin Hilfiger, Andrew E. Hutter, John Kane, IV, Yvonne Kaugher, Dana Kuehn, David T McKenzie, Michael Mordy, Brian K Morton, Lane R Neal, Brandi N Nowakowski, Jimmy D Oliver, Miles Pringle, Robin Rochelle, Dustin Rowe, Susan B Shields, Kara Smith, Michael Vanderburg, Richard White, Jr., Bryon J Will, D Kenyon Williams, Jr, John M Williams, James Winchester re 181 SUPPLEMENTAL MOTION for Summary Judgment *(Supplemental Joint Motion for Summary Judgment and Brief in Support) Reply in Support of Motion for Summary Judgment* filed by All Defendants. (Attachments: # 1 Exhibit 1 – Williams Deposition Excerpts, # 2 Exhibit 2 – Taylor Deposition Excerpts, # 3 Exhibit 3 – Schell Deposition Excerpts)(Hintz, Heather) (Entered: 06/03/2025) |
| 06/24/2025 | 188 | | JOINT MOTION to Stay Case re 177 Scheduling Order, by Mark E Schell. (Freeman, Scott) (Entered: 06/24/2025) |
| 06/26/2025 | 189 | | ORDER granting 188 the parties joint motion to vacate scheduling order is GRANTED as follows: all deadlines set in the revised scheduling order 177 are STRICKEN pending the courts disposition of the pending motions for summary judgment. Signed by Judge Joe Heaton on 06/26/2025. (lam) (Entered: 06/26/2025) |

| 09/18/2025 | 190 | | NOTICE (other) by Angela Ailes Bahm, S. Shea Bracken,, Douglas Combs, Dustin Connor, Richard Darby, Michael Davis, Allyson Dow, James E Edmondson, Joshua Edwards, Dylan Erwin, Amber Peckio Garrett, Noma Gurich, Brian Hermanson, James Hicks, Benjamin Hilfiger, John Kane, IV, Yvonne Kaugher, Dana Kuehn, Michael Mordy, Lane R Neal, Miles Pringle, Robin Rochelle, Dustin Rowe, Kara Smith, Michael Vanderburg, Richard White, Jr., John M Williams, James Winchester re 183 Response in Opposition to Motion, 181 SUPPLEMENTAL MOTION for Summary Judgment *(Supplemental Joint Motion for Summary Judgment and Brief in Support)*, 187 Reply,,,, *Defendants' Notice of Supplemental Authority* (Hintz, Heather) (Entered: 09/18/2025) |
| 10/21/2025 | 191 | 34 | ORDER for the reasons stated in the order OBA defendants joint motion for summary judgment 179 is STRICKEN as MOOT and their supplemental motion for summary judgment 181 is GRANTED. Plaintiffs motion for summary judgment 178 is DENIED. Signed by Judge Joe Heaton on 10/21/2025. (lam) (Entered: 10/21/2025) |
| 10/21/2025 | 192 | 54 | JUDGMENT for the reasons stated in order 191 entered this date, judgment is entered in favor of defendants as to plaintiffs freedom of association claim. Plaintiffs other claims are dismissed per prior orders of the court. Signed by Judge Joe Heaton on 10/21/2025. (lam) (Entered: 10/21/2025) |
| 11/18/2025 | 193 | 55 | NOTICE OF APPEAL as to 191 Order on Motion for Summary Judgment,,,,, 192 Judgment, by Mark E Schell. Filing fee $ 605, receipt number AOKWDC–4841008. (Freeman, Scott) (Entered: 11/18/2025) |

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

MARK E. SCHELL,                    )
                                   )
            Plaintiff,             )
                                   )
-vs-                               )        NO. CIV-19-0281-HE
                                   )
JANET JOHNSON, et al.,             )
                                   )
            Defendants.            )

## ORDER

In this 42 U.S.C. § 1983 action, both plaintiff and defendants have moved for summary judgment pursuant to Fed. R. Civ. P. 56 and LCvR56.1.[1]  The briefing is complete, and both motions are at issue.

### *Background*

Plaintiff Mark E. Schell (Schell) is an attorney licensed to practice law in Oklahoma. He brought this lawsuit challenging the requirements that he join in, and pay dues to, the Oklahoma Bar Association (OBA) as a condition of practicing law.  According to Schell, the mandatory membership and the mandatory payment of dues violated his rights to freedom of speech and association under the First and Fourteenth Amendments to the United States Constitution.  He also asserted that to the extent mandatory membership and dues were constitutional, the OBA had not provided sufficient safeguards to ensure that dues were not used for activities not germane to the OBA's purpose of regulating the legal

---

[1] *In light of defendants filing of a supplemental summary judgment motion [Doc. #181], their initial motion [Doc. #179] will be stricken as moot.*

34

profession or improving the quality of legal services in Oklahoma as required under <u>Keller</u> <u>v. State Bar of California</u>, 496 U.S. 1 (1990).

Defendants are the justices of the Oklahoma Supreme Court, the members of the OBA Board of Governors, and the executive director of the OBA (OBA defendants). They have been sued solely in their official capacities for declaratory and injunctive relief.

In response to Schell's amended complaint, the OBA defendants moved for dismissal on various grounds. The court dismissed the claims regarding the mandatory membership and dues under Fed. R. Civ. P. 12(b)(6), based upon the United States Supreme Court's decisions in <u>Lathrop v. Donohue</u>, 367 U.S. 820 (1961) and <u>Keller</u>, *supra*., but it permitted Schell's claim regarding alleged inadequate safeguards to proceed. Subsequently, the OBA Board of Governors adopted a new policy concerning the expenditure of mandatory dues which mooted the safeguards claim, resulting in its dismissal.

Schell appealed the court's Rule 12(b)(6) ruling to the Tenth Circuit Court of Appeals. That court affirmed the dismissal of the mandatory dues claim but reversed the dismissal of the mandatory membership claim. It concluded that Schell stated a plausible freedom of association claim and remanded the case to this court to assess whether two articles, which were published in the April 2017 and November 2018 issues of <u>The</u> <u>Oklahoma Bar Journal</u> (OBJ),[2] constitute speech germane to the OBA's recognized purposes. *See* <u>Schell v. Chief Justice and Justices of Oklahoma Supreme Court</u>, 11 F.4th

---

[2] *The two articles were not part of the record on appeal.*

2

1178, 1194-95 (10th Cir. 2021).  Schell then filed a petition for a writ of certiorari with the
Supreme Court, which was subsequently denied.

Following remand, this court granted Schell leave to file a second amended
complaint.  The amended pleading included reliance on additional OBJ articles and other
OBA activities which Schell claims are political or ideological in nature and are non-
germane to the OBA's recognized purposes.  The OBA defendants moved to dismiss under
Rule 12(b)(6).  The court denied the motion and allowed the freedom of association claim
to proceed.  After conducting discovery regarding the claim, the parties filed the present
motions for summary judgment.

*Legal Standard*

"A party may move for summary judgment, identifying each claim . . . on which
summary judgment is sought.  The court shall grant summary judgment if the movant
shows that there is no genuine dispute as to any material fact and the movant is entitled to
judgment as a matter of law."  Fed. R. Civ. P. 56(a).  Where, as here, the court is "presented
with cross-motions for summary judgment, [it] must view each motion separately, in the
light most favorable to the non-moving party, and draw all reasonable inferences in that
party's favor."  United States v. Supreme Court of New Mexico, 839 F.3d 888, 906-07
(10th Cir. 2016) (quotation marks and citations omitted).

*Discussion*

As instructed by the Tenth Circuit, the court applies "the test from *Keller* to
determine whether the [challenged OBJ articles and other OBA activities] are germane to
the accepted purposes of the state bar."  Schell, 11 F.4th at 1195.  To be germane, the articles

3

and activities must be "'necessarily or reasonably incurred for the purpose of regulating the legal profession or improving the quality of the legal service available to the people of the State.'"  *Id*. at 1192 (quoting Keller, 496 U.S. at 14) (other quotation marks and citation omitted).

Schell's freedom of association claim now rests on 13 OBJ articles, 1 email, 7 articles distributed by Lexology under an OBA logo, and certain OBA legislative activities.[3]

OBJ Articles – April 2017, May 2017, and May 2018; Email – March 2025; and Legislative Activities

As part of his claim, Schell challenges views expressed by the OBA's then-executive director, in articles published in the April 2017 and May 2018 OBJ issues, regarding "attacks" on the Judicial Nominating Commission (JNC) and "merit selection" of appellate judges and justices.  In the April 2017 article, the executive director, after describing legislative bills relating to the JNC, stated in part:

> Most of the JNC bills contain provisions similar to bills that have been filed before.  The consistent theme is that the JNC must be changed so that political parties or political bodies can appoint and/or confirm judges and justices . . . Under the JNC, Oklahomans have enjoyed a scandal-free court system that was once the worst in the nation when bribes, disguised as campaign contributions, bought opinions of the Oklahoma Supreme Court.  It is déjà vu all over again when it comes to bills attacking and attempting to alter, amend, or dispose of the JNC.  If the attempts to cripple or kill the JNC are successful,

---

[3] *In the second amended complaint, Schell also challenges certain OBA continuing legal education (CLE) programs. See [Doc. #116, ¶¶ 92-94].  However, he has not addressed any CLE programs in his summary judgment motion, and he has responded to the OBA defendants' undisputed facts regarding CLE programs as being irrelevant.  See [Doc. #182, ECF pp. 10-11, ¶¶ 50-62].  The court concludes Schell has abandoned any CLE challenge as support for his claim.*

4

> it will be déjà vu all over again when big money and special
> interest groups elect judges and justices and campaign
> contributions buy court opinions.

[Doc. #178-3].

In the May 2018 article, he described certain changes to the OBA during his 15 years as executive director.  He stated in part:

> What scares me is the increasing changes in the practice of law
> and the attacks on the profession and the courts.

> \* \* \*

> [T]he attacks on our judiciary are the most frightening.  For
> most of the time I have been your executive director, I have
> dealt consistently with attacks on our courts and the Judicial
> Nominating Commission . . . At times I wonder if the public
> possesses the knowledge of the separation of powers and a
> clear understanding of the role of the courts.

> I have been consistently amazed at how the public and the press
> have grasped these concepts and joined with us to preserve the
> Judicial Nominating Commission.   A few selfless lawyer
> legislators have been incredibly helpful as well.  I still fear the
> constant (and at times well-funded) attacks on merit selection
> of judges and justices may someday prevail.  Yes, it is scary to
> ponder the political and corrupt system returning to our state.

[Doc. #178-4].

Schell also challenges views expressed by the OBA's then-president in an article published in the May 2017 OBJ issue, entitled "14th Amendment Guarantees Are Vital," in which she stated:

> With 2017 bringing the 50th anniversary of the creation of merit
> selection of Oklahoma judges utilizing the Judicial Nominating
> Commission (JNC), it is the perfect time for the OBA to focus

> on the fair and impartial administration of justice for the benefit
> of all Oklahoma citizens.
>
> We need to educate the public on the benefits of the JNC, to
> warn them of the potential ill effects of reintroducing politics
> into our judicial selection process and promote the public's
> understanding of the importance of separation of powers, both
> central and essential in a representative democracy.

[Doc. #178-15].

In addition, Schell challenges a March 2025 email sent by the OBA president to the OBA members concerning proposed changes being considered by the Oklahoma Legislature. In the email, he stated: "The OBA Board of Governors stands firm in its continued endorsement of the JNC-based model of judicial selection." [Doc. #178-14].

Along with the articles and email, Schell challenges OBA legislative activities concerning the JNC. In particular, he challenges the retention of what he describes as a legislative "lobbyist" and what the OBA refers to as a legislative "liaison." Schell asserts that the lobbyist pursued members of the Oklahoma Legislature, with pamphlets in hand that he had prepared, to persuade them to vote against any changes to the appellate judicial selection procedures. He asserts that these lobbyist activities were specifically done on behalf of the OBA. Additionally, Schell asserts the lobbyist prepared a report in February 2018 for the OBA Board of Governors, which advised them in part about the State Chamber 2030 Plan calling for a "federal system of judicial selection." [Doc. #178-5]. The plan entailed changing Oklahoma's appellate judicial nominating and selection process to a system that mirrors the federal system.

The court concludes that the challenged articles, email, and legislative activities are germane to a recognized purpose of the OBA. Specifically, the court concludes that they were reasonably related to the purpose of improving the quality of legal services available to the people of Oklahoma. The Tenth Circuit determined that the May 2017 and May 2018 articles were germane for that reason. Schell, 11 F.4th at 1193.[4] Similarly, the court concludes that the April 2017 article, the May 2025 email, and all lobbyist/liaison's activities are germane because, as stated by the Tenth Circuit, "the judicial system is designed to be an apolitical branch of government, and promotion of the public's view of the judicial system as independent enhances the public trust in the judicial system and associated attorney services." Id. The challenged articles, email, and activities "fall[] within those activities accepted in Lathrop and Keller." Id;[5] see also McDonald v. Longley, 4 F.4th 229, 248 (5th Cir. 2021), cert. denied, 142 S.Ct. 1442 (2022) ("Lobbying for legislation regarding the functioning of the state's courts or legal system writ large [] is germane.").

OBJ Article – November 2018

Next, Schell challenges an article, entitled "Tort Litigation for the Rising Prison Population," published in the November 2018 OBJ tort-themed issue. [Doc #178-16]. The article was authored by an OBA member. Schell asserts that the article is not germane because it argues that Oklahoma's prison system is underfunded and advocates for the

---

[4] Although not expressly stated, plaintiff is presumably seeking to preserve the issue for possible further review.
[5] The court previously rejected Schell's efforts to base his claim on the OBA's legislative efforts. See [Doc. #132].

7

elimination of tort liability exemptions for prisons and jails. While the article does criticize Oklahoma's incarceration levels and funding in light of those levels and additionally expresses, among other things, "hope that the Legislature will sensibly rewind its exemption from liability for prisons and jails," *id*., ECF p. 5, the thrust of the article is to set forth the statutory and legal limits on claims challenging prisoners' conditions of confinement and to explain the type of claims available to prisoners. The court concludes that the article is germane because it was reasonably related to improving the quality of legal services, i.e. educating lawyers as to the legal hurdles in pursuing claims for prisoners, including tort liability exemptions, and the claims available to prisoners who may suffer injury in Oklahoma prisons and jails.

OBJ Articles – February 2019 and March 2019

Schell also challenges an article in the February 2019 OBJ issue by the OBA's then-president explaining why "having lawyers in the Legislature is a plus" [Doc. #178-17] and an article in the March 2019 OBJ issue by the OBA's then-chairman of the OBA's Legislative Monitoring Committee stating that a legislative panel at "the annual Reading Day" (for legislative bills) had "issued an urgent plea to any member of the bar considering a run for the Legislature to contact them. MORE LAWYERS ARE NEEDED!" [Doc. #178-18, ECF p. 1]. On appeal, the Tenth Circuit determined that "these articles are not inherently political or ideological in nature[,]" and "are germane to the OBA's core function to advance the interest of the profession." Schell, 11 F.4th at 1193. Schell, in his papers, acknowledges the Tenth Circuit's ruling, but "preserves his claims with respect to" the articles. [Doc. #178, ECF p. 23]. Given the Tenth Circuit's ruling and the lack of

identification of a change of law or other proper justification for a different ruling, the court rejects Schell's challenges with respect to the articles and concludes that they are germane to the stated OBA's purpose.

OBJ Article – May 2020

Schell challenges views expressed in an article in the May 2020 OBJ issue entitled "Representing Transgender and Gender-Diverse Clients." [Doc. #181, ECF p. 52].  The article was not mentioned in the second amended complaint but apparently came to light during discovery.  Schell contends that the article is non-germane, asserting it "reads as a 1960s teach-in, praising the like-minded as brilliant, energetic, and thought provoking and presenting the current laundry-list of fashionable gender terminology." [Doc. #182, ECF pp. 29-30 (quotation marks omitted)].  He also asserts that the article promotes watching "films, interviews[,] and performances by trans people, attending community forum and conferences, imagining that you identify as a gender different from the sex you were assigned at birth, [and] exploring implicit bias." *Id*. at ECF p. 30 (quotation marks omitted).  Although he acknowledges the article provides a list of cases that "have shaped transgender rights," he asserts that the article does not explain the cases relevance or applicability. *Id*.

The court concludes that the article is germane to the OBA's purpose of improving the quality of legal services.  It provides information to assist lawyers in effectively representing LBGT[6] clients.  This includes terminology, representation issues, practice

---

[6] *Lesbian, Gay, Bisexual, Transgender.*

9

tips, additional resources, and lists of cases.  While the article does not specifically discuss any of the cases listed, the court concludes that such discussion is not necessary for germaneness purposes.  The cases provided would be beneficial for lawyers who may be retained to represent a client regarding transgender matters and are unfamiliar with such matters.

OBJ Article – December 2020

Schell next challenges views expressed in an article in the December 2020 OBJ issue entitled "A Resilient Mindset: Take Stock of What You Lost and What You Gained to Move Forward."  [Doc. #178-19].  The article was authored by a North Carolina and Oregon lawyer and founder of a company providing mindfulness-based coaching, training and consulting to attorneys and law firms.  According to Schell, the article is non-germane because it "dispenses psychological advice related to COVID" and "concerns about racism and the upcoming election."  *Id*. at ECF p. 3.

The court concludes, however, that the article is germane to the OBA's purpose of improving the quality of legal services.  It is an article about developing a resilient approach to overcome professional and personal challenges caused by the COVID-19 pandemic. Although the article mentions in passing that the author's lawyer friend reported to her that since the pandemic's beginning, she had "frustrations with remote learning and worrying about [her] children's education, retirement accounts fluctuating, worrying about clients who have COVID, fearing for the future of the firm, concerns with racism and the upcoming election," [Doc. #178-19, ECF p. 3], the article cannot be reasonably read to advance any political or ideological position on COVID-19, racism, or the 2020 election.

The article provides specific steps for lawyers to help cultivate a resilient mindset to overcome professional as well as personal challenges that they may have been experiencing. In the court's view, the article was reasonably related to improving the quality of legal services in the particular circumstances of the pandemic. The article's resilient mindset discussion is factually distinguishable from the tweets regarding the benefits of walnuts, exercise, and sunlight found to be non-germane speech in Boudreaux v. Louisiana State Bar Association, 86 F.4th 620, 632-33 (5th Cir. 2023).

OBJ Articles – May 2021

Schell additionally challenges two articles authored by OBA members and published in the May 2021 OBJ "Black Legal History in Oklahoma" issue.

The first article is entitled "Guinn v. U.S.: States' Rights and the 15th Amendment." [Doc. #178-20]. Schell contends that the article attributes President Joe Biden's victory in the 2020 election to the "high turnout of Black voters" and "highlight[s] criticisms directed at states that amended voting laws in reaction" to that election. [Doc. #178, ECF p. 23]. According to Schell, the article explains that the amended voting laws are presented as "'attempts to stop fraud and expand voting rights but are met with the same type of criticism as the voting laws in Guinn,' i.e., that the laws attempt to 'disenfranchis[e] Black voters and creat[e] generations of distrust and pain.'" [Doc. #178, ECF pp. 23-24, quoting Doc. #178-20, ECF p. 4]. Schell argues that "the article weighs in on a highly ideological and debatable matter, painting citizens seeking reforms to restore confidence in voting systems as reactionaries[,]" and thus, is not germane to the OBA's recognized purposes. Id. at ECF p. 24.

11

While political or ideological in nature, the court concludes that the article is germane because it was reasonably directed to improving the quality of legal services available to Oklahomans. The thrust of the article is to educate lawyers about the history of voting rights for black people and, specifically, those in Oklahoma. It discusses the original Oklahoma Constitution allowing men of all races to vote as required by the Fifteenth Amendment to the United States Constitution, an early amendment to the Oklahoma Constitution requiring voters to satisfy a literacy test but having a "grandfather clause" exemption which allowed illiterate white men to vote, the impact of that amendment on voting rights for black people, and the Supreme Court's decision in Guinn v. U.S., 238 U.S. 347 (1915), striking down the amendment because the "grandfather clause" prevented black people from voting. It further points out that the Guinn decision is still a critical case regarding voting laws. While the author suggests the newly-enacted "voter restriction laws" may disenfranchise black voters and create generational distrust and pain like those at issue in Guinn, the court concludes that the article is nonetheless reasonably connected to improving the quality of legal services. The information provided would be beneficial as to lawyers' understanding of the possible impact of voting laws.

The second article challenged by Schell is "Oklahoma's Embrace of the White Racial Identity." [Doc. #178-21]. Schell contends that the article "evokes emotional readings of Oklahoma history to ultimately argue that Oklahoma's legal profession is responsible for 'very few nonwhites at the partnership or director level' in the state's major firms, using no evidence to support such a claim.'" [Doc. # 178-24, quoting Doc. #178-21, ECF p. 4].

While the article is ideologically charged in nature, the authors specifically advocate for diversity in the state's law firms, judiciary, and law faculty given the percentage of nonwhites in Oklahoma. The court concludes that the article is germane to the OBA's purposes of regulating the legal profession and improving the quality of legal services. *See* McDonald, 4 F.4th at 249-50 (bar diversity initiatives, despite being controversial and ideological in nature, are germane to the purposes identified by Keller); *see also* Boudreaux, 86 F.4th at 633 ("Promoting diversity efforts at law firms is germane[.]").[7]

OBJ Article – February 2022

Schell also challenges views expressed in an article published in the February 2022 OBJ issue entitled "Vaccine Mandates and Their Role in the Workplace." [Doc. #178-22]. It was authored by an OBA member for the labor and employment-themed issue. According to Schell, the article "praises the Biden administration's vaccine mandates as a 'last resort' after the public failed to 'consistently wear face masks in public and failed to socially distance in those first weeks of the pandemic's United States spread two years ago." [Doc. #178, ECF p. 24, quoting Doc. #178-22, ECF p. 5].

The court concludes that the article is germane to the OBA's purpose of improving the quality of legal services. The court is not persuaded the article may be reasonably read to "praise[]" the Biden administration for the COVID-19 vaccine mandates. While it does proffer reasons why the author believes the vaccine mandates were implemented, it does not specifically endorse their implementation. The court concludes that the thrust of the

---

[7] *The court has previously so determined. See [Doc. #132, ECF p. 4].*

article is to educate lawyers regarding the federally-mandated and voluntarily-implemented COVID-19 vaccine mandates, the recognized exemptions to the mandates, and the litigation relating to those mandates. The information provided would be beneficial to lawyers who were rendering legal services to their employer or employee clients on the subject of vaccine mandates. Thus, the article falls within Keller's germaneness standard.

OBJ Article – May 2022

Plaintiff next challenges an article in the May 2022 OBJ issue announcing the Oklahoma Bar Foundation's "Diamonds & Disco Event." [Doc. # 178-24]. He contends that the article is not germane to the OBA's recognized purposes because its purpose is to promote "goodwill," i.e. a charitable event to support the Oklahoma Bar Foundation (OBF) and its grantee partners, including, notably, the Catholic Charities of the Archdiocese of Oklahoma City. [Doc. # 178, ECF p. 25].

The court concludes, however, that the article is germane to the OBA's purpose of improving the quality of legal services. Although one of the stated purposes for the event was to celebrate the OBF's 75th anniversary, the other stated purpose was to raise "funds for access to justice programs." [Doc. #178-24]. While the Catholic Charities of the Archdiocese of Oklahoma City is one of OBF's grantee partners, it, like other OBF grantee partners, would have received grants to benefit the legal profession. The article was not simply promoting a community-engagement opportunity for lawyers, like the tweets at issue in Boudreaux, 86 F.4[th] at 634, but was promoting an event to raise money that would improve the quality of legal services. The court concludes that it falls within Keller's germaneness standard.

14

OBJ Article – May 2022

Schell further challenges an article entitled "A Silent History."  It was authored by an OBA member and published in the May 2022 OBJ issue.  Schell asserts that the article "amplifies a provocative view of history, but it does not concern OBA's regulatory purposes."  [Doc. #178, ECF p. 25].

The article is a book review.  Its purpose is to encourage the reading of the late historian Angie Debo's book, *And Still Waters Run*.   Schell indicates the book criticizes the federal government for failing to keep white settlers out of Indian lands in Oklahoma.  While the review no doubt has an ideological/viewpoint slant to it and the book addresses historical events occurring many years ago, that does not necessarily make it non-germane for <u>Keller</u> purposes.  The OBJ is distributed mostly to lawyers in Oklahoma, where Indian reservations were recently re-discovered a hundred or so years after most Oklahomans understood them to be gone.  *See* <u>McGirt v. Oklahoma</u>, 591 U.S. 894 (2020).  The court's conclusions in <u>McGirt</u> appear to have been substantially shaped by its view of the historical record of treatment of the Indian tribes and dealings with them.  Against that backdrop, it is not implausible to view the review and book as providing information useful to an Oklahoma lawyer in understanding events shaping the law in Oklahoma.  However, as the article does not explicitly assert any such rationale or connection, or suggest its use as a practice aid of some sort, the court concludes that the review qualifies as non-germane, if only marginally so.

Lexology Articles

Finally, Schell challenges certain articles distributed by email to OBA members by Lexology under an OBA logo.  The specific articles proffered by Schell are "The Skilled Person Uses "They/Them" Pronouns, and Why You Should Care," "An interview with Woodsford discussing ESG[8] engagement & litigation in England and Wales," "Gender recognition certificates and divorce in Scotland," "The Importance of LGBTQIA+ Visibility in The Legal Profession,"  "Law Firms Must Improve DEI Efforts Through Objective Work Allocation or Risk Losing Clients," "Are Law Firms Ignoring Their Most Critical Assets? Bridging the DEI Divide," and "How did we get here (and where is here)." [Doc. #178-25, Doc. #178-26, Doc. #178-27, Doc. #178-28, Doc. #178-29, Doc. #178-30, and Doc. #116-11].

In their motion, the OBA defendants challenge Schell's standing to base his claim on the Lexology articles, relying on Schell's deposition testimony that he did not know what the Lexology service was and had not used it.  They contend that, because he had no injury as a result of the articles, he has no standing. [Doc. #181, ECF pp. 12, 32-33].

It is difficult to see how "standing" considerations apply here in any strict sense.  It appears undisputed that Schell has standing to assert a freedom of association claim of some sort.  Whether the Lexology articles are of such a nature that they tend to prove his claim or not is certainly open to debate.  But, in the court's view, resolution of the question does not turn upon applying a separate standing analysis to each instance or element of proof upon which Schell relies.  Rather, the question is whether the specific instances or

---

[8] *According to Schell, ESG stands for "Environmental, Social, and Governance."  [Doc.  #178, ECF p. 12, n. 7].*

16

aspects of proof tend to show activities by the OBA which would qualify as a non-germane activity under <u>Keller</u>.  The court concludes that the Lexology articles do not.

The parties' submissions establish that Lexology is a "news aggregator" service, based in London, which distributes news articles and which the OBA provides access to as a free service to its members.  The OBA does not pay Lexology for the service, and the members do not pay the OBA for it.  The connection or link to the Lexology service is apparently forwarded to OBA members via email, which email includes a logo for both Lexology and the OBA on it.  But the OBA does not select the content displayed and, ultimately, the content provided by Lexology to particular OBA members is controlled by the member, who has the ability to customize the nature of the material being provided to him/her.  As the OBA's former executive director characterized it, it's a "big bunch of stuff that you can go in and set it for whatever you want."  [Doc. #178-6 at ECF p. 125, ll. 8-10].

Ultimately, the Lexology service is not speech or activity of any kind such as might offend associational proscriptions.  An OBA member does not have to use it.  He/she does not pay for it, directly or indirectly.  Particular articles are not displayed to the member unless the member clicks on them to select them.  The member controls the sort of news articles to be sent to him/her.    In these circumstances, the court can discern no coerced association with a particular viewpoint or position such as might be the basis for either a free speech or freedom of association claim.  The presence of the OBA logo on the transmission email cannot plausibly be viewed as endorsing the content of articles it did not select or, for that matter, even know about.  As a result, it is unnecessary to belabor

whether the particular articles Schell's counsel located via Lexology would otherwise meet a "germaneness" test if they had been distributed or somehow endorsed by the OBA defendants.

<u>No Violation of Associational Rights</u>

Per the above discussion, the court concludes that only one of the challenged OBJ articles ("Silent History"), and none of the other challenged activities, are non-germane to the OBA's recognized purposes. Therefore, the court must determine whether such a showing is sufficient to make out a freedom of association claim. The court concludes that it is not. In its remand order, the Tenth Circuit noted that there is "[a] potential open issue [as to] what degree, in quantity, substance, or prominence, a bar association must engage in non-germane activities in order to support a freedom-of-association claim based on compelled bar membership." <u>Schell</u>, 11 F.4th at 1195, n. 11. "In other words, the Tenth Circuit . . . left open the possibility that a <u>de minimis</u> amount of non-germane speech would not run afoul of an objecting member's associational rights." <u>Pomeroy v. Utah State Bar</u>, Case No. 21-cv-00219-TC-JCB, 2024 WL 1810229, at *5 (D. Utah April 25, 2024), *appeal pending*, Tenth Circuit Case No. 24-4054. Like the <u>Pomeroy</u> court, this court concludes that the Tenth Circuit will and should recognize some sort of de minimis exception and that it applies as to the limited instance of non-germaneness shown here.

Here, the quantity of non-germane activities was very limited and, to use of the language of the <u>Lathrop</u> court, the "bulk" of the bar association's activities were permissible as against the <u>Keller</u> factors. <u>Lathrop</u>, 367 U.S. at 843. Only the single OBJ article appears to meet the standard of being non-germane and, as noted above, that was a

close question.  Further, the particular non-germane article, though ideological to some degree, was focused on historical events and did not obviously relate to any current political or similar dispute such that association with it might imply a particular position or approach to current issues.  Finally, the circumstances surrounding the non-germane article/review would not suggest to a reasonable person anything about the beliefs of an individual OBA member.  It was a book review, and it seems unlikely that anyone would assume a reviewer's take on some book necessarily implied anything about the views of OBA members generally.  It was written by an individual OBA member, rather than by an OBA officer.  It was published as the "Back Page" of the OBJ issue, rather than as a feature article.  Further, and more significantly, the masthead of each OBJ edition included a disclaimer that "Statements or opinions expressed in the *Oklahoma Bar Journal* are those of the authors and do not necessarily reflect those of the Oklahoma Bar Association ...." [Doc. # 181, ECF p. 10, ¶ 29].[9]  These circumstances would have prevented a reasonable person from attributing the viewpoint expressed in the article to the beliefs of any objecting OBA member, like Schell.

In light of the quantity, substance, and prominence, of the non-germane material involved here, the court concludes that a violation of Mr. Schell's associational rights did not occur.  Summary judgment in favor of the OBA defendants on Schell's freedom of association claim is therefore appropriate.

---

[9] *Defendants' submissions indicate that the OBJ now includes such a disclaimer on each page of every "practice-themed" article.  However, it appears the particular article/review at issue here preceded that practice.*

19

*Conclusion*

For the reasons stated, the OBA defendants' joint motion for summary judgment [Doc. #179] is **STRICKEN** as **MOOT** and their supplemental motion for summary judgment [Doc. #181] is **GRANTED.** Plaintiff's motion for summary judgment [Doc. #178] is **DENIED**.

**IT IS SO ORDERED**.

Dated this 21st day of October, 2025.

_____

JOE HEATON
UNITED STATES DISTRICT JUDGE

20

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

MARK E. SCHELL,                          )
                                         )
                    Plaintiff,           )
                                         )
-vs-                                     )          NO. CIV-19-0281-HE
                                         )
JANET JOHNSON, et al.,                   )
                                         )
                    Defendants.          )

## JUDGMENT

For the reasons stated in the separate order entered this date, judgment is entered in favor of defendants as to plaintiff's freedom of association claim.   Plaintiff's other claims are dismissed per prior orders of the court.

   **IT IS SO ORDERED**.

Dated this 21st day of October, 2025.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

MARK E. SCHELL,                           )
                                          )     Civil Case No. 5:19-cv-00281-HE
                    Plaintiff,            )
                                          )
v.                                        )
                                          )
JANET JOHNSON, Executive Director         )
  of the Oklahoma Bar Association,        )
  in her official capacity, et al.        )
                                          )
                    Defendants.           )
                                          )

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Mark E. Schell hereby appeals to the United

States Court of Appeals for the Tenth Circuit from the order [Doc. 191] and final

judgment [192] entered in this action on October 21, 2025.

Dated: November 18, 2025

                                               Respectfully submitted,

                                               By: /s/ Scott Day Freeman
                                               Timothy Sandefur (admitted *pro hac vice*)
                                               Scott Day Freeman* (admitted *pro hac vice*)
                                               Adam C. Shelton (admitted *pro hac vice*)
                                               Scharf-Norton Center for Constitutional
                                               Litigation at the
                                               GOLDWATER INSTITUTE
                                               500 East Coronado Road
                                             Phoenix, AZ 85004
                                             Telephone: (602) 462-5000
                                           Fax: (602) 256-7045
                                           litigation@goldwaterinstitute.org
                                         *Lead Counsel

Charles S. Rogers (Oklahoma Bar No. 7715)
Attorney at Law
3000 West Memorial Road
Ste. 123, Box 403
Oklahoma City, OK 73134
Telephone: (405) 742-7700
Crogers740@gmail.com
Local Counsel

Anthony J. Dick (admitted *pro hac vice*)
JONES DAY
51 Louisiana Ave. N.W.
Washington, DC 20001
Telephone: (202) 879-3939
Email: ajdick@jonesday.com

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of November 2025, I filed the attached

document with the Clerk of the Court. Based on the records currently on file in this case,

the Clerk of the Court will transmit a Notice of Electronic Filing to those registered

participants of the Electronic Case Filing System as follows:

Michael Burrage
Patricia Sawyer
WHITTEN BURRAGE
512 N. Broadway, Ste. 300
Oklahoma City, OK 73102
mburrage@whittenburragelaw.com
psawyer@whittenburragelaw.com
*Attorneys for Defendants Members of*
*The Board of Governors and Defendant*
*The Executive Director of the*
*Oklahoma Bar Association,*
*in their Official Capacities*

Heather L. Hintz
Thomas G. Wolfe
PHILLIPS MURRAH P.C.
Corporate Tower, Thirteenth Fl.
101 N. Robinson
Oklahoma City, OK 73102
hlhintz@phillipsmurrah.com
tgwolfe@phillipsmurrah.com
*Attorneys for Defendants Members of*
*The Board of Governors and Defendant*
*The Executive Director of the*
*Oklahoma Bar Association,*
*in their Official Capacities*

Kieran D. Maye, Jr.
Leslie M. Maye
MAYE LAW FIRM
3501 French Park Dr., Ste. A
Edmund, OK  73034
kdmaye@mayelawfirm.com
lmmaye@mayelawfirm.com
*Attorneys for the Chief Justice and*
*Justices of the Oklahoma Supreme Court*
*in their Official Capacities*

/s/ *Scott Day Freeman*
Scott Day Freeman

3